## VERIFIED-COMPLAINT & EXPRESS-TRUST

1  Benny Gonzalez Juarez

2  C/o 937 Mountain View Ave

3  City of San Bernardino, California [92410]

4  909-442-2005

5  Email-N/A

6  Plaintiff's In Pro Per

7

8

# UNITED STATES DISTRICT COURT

9  ### For the

10 ### Western-Division of California

11 ### Los Angeles, California

12  For the True, Proper-Name Benny )  Case  CV17-02084  DOC(SHK)

13  Gonzalez Juarez, Beneficiary, Creditor, )

Plaintiff )  VERIFIED COMPLAINT FOR THE

Vs, )  JURISDICTION OF THIS CASE IS

16  CITY OF SAN BERNARDINO; )  UNDER F.R.C.P. Rule-38(a) declared

SAN BERNARDINO POLICE )  by the 7Th Amendment and shall be

DEPARTMENT; )  preserved,

Trustee-Gary D. Saenz; )  WITH MEMORANDUM POINTS

20  Trustee-M. Varela; )  AND AUTHORITIES

Trustee-Jarrod Burguan; )   For the Violation of the Civil Rights

22  Trustee-John Doe City Police Officer; )  Complaint Pursuant of the Title 42 USC

23  Defendants )  § 1983 (Non-Prisoner)

24  as DOES/Does 1 through 50 Trustees )  In Article-IV Court in Equity

25  Defendants, Individually and Severally,)  Declaratory Judgment and Injunctive

26  All   Unnamed,   unknown   Parties)  Relief Title-28 U.S.C. § 2201 and §
2202 for the Violations

27  DOES/Does   to   be   named   by   the)   1.  For the Violation of the

---

VERIFIED-COMPLAINT-Title-18 USC §§ 1961, 1962-R.I.C.O.
For this is under the Copyright/Copyclaim of the James I. Diamond this August/13/2013      All Rights Reserved   P a g e  | 1

VERIFIED-COMPLAINT & EXPRESS-TRUST

| | |
|---|---|
| Executor and Co-Executor, Does 1-50 ) | Racketeering Influenced And |
| ) | Corrupt Organizations Act |
| ) | ("Rico") Title-18 U.S.C. §§ 1961, |
| ) | 1962(A)(B)(C), 1964 (A)(C) |
| ) | |
| ) | For the Trial by the Jury is Demanded |
| ) | ☑ Yes ☐ No |
| ) | For the Plaintiff reserves the right to |
| ) | Amend; |

**COMES NOW** the Plaintiff, Benny Gonzalez Juarez, in the above-captioned matter, and submitting this VERIFIED-COMPLAINT as follows: This VERIFIED-COMPLAINT incorporates all of the allegations Exhibits that have been and are Re-submitted in this case.

For the Section 904(a) of Title IX of the Organized Crime Control Act of 1970 (Pub. L. 91-452, 84 Stat. 947, enacting RICO), states that "the provision of this title shall be liberally construed to effectuate its remedial purposes.

We the People are the Rightful Masters of Both the Congress and the Courts --- Not to Overthrow the Constitution, but to overthrow the men who prevent the Constitution. Abraham Lincoln

*NOTICE FOR THE TRUSTEES IS A NOTICE FOR THE TRUST *

*NOTICE FOR THE TRUST IS A NOTICE FOR THE TRUSTEES *

Abbreviations:   U.S.C.  = UNITED STATES CODES

i.      C.U.S. = CONSTITUTION OF THE UNITED STATES

ii.     F.R.C.P.  = FEDERAL RULES OF CIVIL PROCEDURE

iii.    United States = Trust hereinafter U.S.T.

VERIFIED-COMPLAINT & EXPRESS-TRUST

iv.     Public-officer = Trustee = Obligee

v.      Legal-Tender hereinafter Fictitious-Money, FRN's Promise to pay

vi.     Federal Reserve Note hereinafter or FRN'S = Promise to Pay! what constitutes *payment* at law within the State of California/STATE OF CALIFORNIA and United States/UNITED STATES; and

vii.    Plaintiff has permission for the use of Copyrighted Codes and Statues by the West Publishing; and

viii.   Plaintiff requesting for the Federal Grand Jury Indictment of the CITY OF SAN BERNARDINO, SAN BERNARDINO POLICE DEPARTMENT, for the Puplic-Officers Trustee-Jarrod Burguan; Trustee-Gary D. Saenz; Trustee-M. Varela; Trustee-John Doe City Police Officer hereinagter Defendants-Trustees;   for the Constitutional Violations and Charging the Puplic-Officers for the Criminal Acts, under Steagald v. United States, 451 U.S. 204,68 L.Ed.2d 38, 101 S.Ct 1642 (1981); and

ix.     For the Defendants-Trustees as Puplic-Officers as Attorneys  in this Verified-Complaint Plaintiff shall be Filing a Motion for Discovery under F.R.C.P. Rule-26(a) for the Following; Production of Documents; for their **Certificate of Admission** as an Attorney to Practice Law in the State of California, for the Attorneys **Bar Card**, **Attorney-license** under the Business and Professions code §6067, Production of their **Bond** and their **Approved Oath of Office;** and

x.      For the Plaintiff is un-aware of the True and Correct Names of the Defendants Plaintiff reserves the right to Amend this Complaint when Plaintiff acquires the True and Correct Names of Defendants

VERIFIED-COMPLAINT & EXPRESS-TRUST

## "NOTICE"

**"NO THIRD PARTIES" CAN ENTER INTO THIS INCORPORATION-ACTION-VERIFIED-COMPLAINT-CASE, ALL DEFENDANT-TRUSTEES MUST ANSWER THERE OWN COMPLAINT**

**MUST HAVE FIRST HAND KNOWLEDGE OF THE FACTS**

**LIST OF DEFENDANT'S**

1. For the Defendant-CITY OF SAN BERNARDINO, This Verified-Complaint shall be answered by an Attorney of choice as long as the Attorney follows Paragraph-9, 10, 11; and

2. For the Defendant-SAN BERNARDINO POLICE DEPARTMENT, This Verified-Complaint shall be answered by an Attorney of choice as long as the Attorney follows Paragraph-9, 10, 11; and

3. For the Defendant-Trustee-Jarrod Burguan This Verified-Complaint shall Be answered by the Jarrod Burguan; and

4. For the Defendant-Trustee-Gary D. Saenz, This Verified-Complaint shall be answered by the Defendant-Trustee-Gary D. Saenz; and

5. For the Defendant-Trustee-M. Varela, This Verified-Complaint shall be answered by the Defendant-Trustee-M. Varela; and

6. For the Defendant-Trustee-John Doe City Police Officer, this Verified-Complaint shall be answered by the Defendant-Trustee-John Doe; and

## **Rules for the Attorneys that Trespass**

7. **"NOTICE"** Attorney(s) shall by the Production of Documents as required by the State of California and Plaintiff **(a)** <u>Certificate of</u>

For this is under the Copyright/Copyclaim of the James I. Diamond this August/13/2013    All Rights **Reserved**    P a g e | **4**

VERIFIED-COMPLAINT & EXPRESS-TRUST

Admission by the clerk of the California Supreme Court to Practice Law in the State of California. **(b)** Attorney must obtain a BAR Card to become a member of the California BAR Association;**"Note a BAR Card is not a License" (c)** the attorney must contact the State of California and obtain a license under the Business and Professions code §6067; which complies with California Business and Professions Code §6064(a) **(d)** the attorney must obtain a Bond through a Bonding Company **(e)** The attorney must also have an Approved oath of office; and

8.   All Copies shall be given to the Plaintiff for the approval by the Plaintiff to be an Attorney for any of the Defendant(s) in this Case **no Legal Documents can be performed or Filed in this Federal-Court-Case until Attorney(s) have the Proper Qualifications**; and

9.   All Attorney(s) must produce these Documents to show that he or she have the Proper Qualifications to Practice Law in the State of California and to be a Lawful Attorney in the State of California; and

10. I, Benny Gonzalez Juarez Creditor and Beneficiary of this Action and Claim, I am not a trained or licensed Attorney, of necessity, I am acting, at all times within my fundamental right to defend my life, liberty, property, safety, happiness and privacy as set out in the United States of America Constitution, and California Constitution Art. 1. Sec. 1and for the Defendan-Trustees take an Allegiance for the United States of America Constitution, and California Constitution; and :

VERIFIED-COMPLAINT & EXPRESS-TRUST

11. For the Public-Officers, Defendant-Trustees may think they have Immunity Plaintiff agrees that the Defendant as Puplic-Officers do have Immunity on a Subject Matter of a Case and or Witness Testimony in a Case which they do have Immunity but this Case in Federal District Court is not about Subject Matter Case or Witness, Testimony in a Case, this Case is about Violation of the rights of the Plaintiff protected by the United States Constitution, and Constitution of the California Republic of 1849, and the Constitution of the State of California and Federal Rules of Civil Procedure Violations, which all Puplic-Officers Defendant-Trustees, take an Oath of Allegiance of the State and Federal Constitutions and cannot Violate the Constitution for the Puplic-Officers Defendant-Trustees Lose all Immunity; under Steagald v. United States, 451 U.S. 204,68 L.Ed.2d 38, 101 S.Ct 1642 (1981) Article-VI Section-2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the **Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

## STATEMENT OF THE CASE

12. For the Plaintiff, like thousands of others, have been deprived of their Property, labor and certain inalienable rights protected by the United States Constitution, Constitution of the California Republic of 1849, and the Constitution of the State of California by the egregious actions of the Defendants.  The object of Civil-RICO is thus not merely to compensate victims but to turn them into prosecutors for the purpose for the Stopping

VERIFIED-COMPLAINT & EXPRESS-TRUST

and correcting of the wrong by the Defendants, When the Defendants have the Power of the Preventing of the Wrong, **"Private Attorneys General,"** dedicated to eliminating racketeering activity. 3 Id., at 187 (citing *Malley-Duff*, 483 U.S., at 151) (Civil-RICO specifically has a "further purpose [of] encouraging potential private Plaintiff diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better. [*Rotella v. Wood et al.*, 528 U.S. 549 (2000)]. The Defendants' actions have misused the laws of the United States of America for their own special interests.

Further, Plaintiff is a victim of Extortion of Rights, and Fraud by deception, by and under the Fictitious-Name-BENNY GONZALEZ JUAREZ, Fictitious-Quasi-Money FRN's, (Legal-Tender) as (Quasi-Money) in an for a (Quasi-Commerce-Activity), and Quasi-Court and Quasi-Codes and Statues, through a Ponzi-Scheme, and oppression perpetrated by the Defendants and Defendants-Trustees, and each of them, who have consistently and deliberately charging Plaintiff BENNY GONZALEZ JUAREZ a Fictitious-Entity with Private-Copyright-Corporate-Statues and Codes, (Sailer vs Leger 403 U.S. Supreme Court Ruling 365, 29 L ed2d 534) and **(See the Attachment and incorporation by this reference as (Exhibit-A) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts,** in violation of California and United States law. For the Defendant(s) and Defendants-Trustees use the CITY OF SAN BERNARDINO, and CITY OF SAN BERNARDINO POLICE DEPARTMENT as their Venue, denying Plaintiff of the Right of F.R.C.P. Rule-38(a) declared by the 7Th Amendment and **shall be preserved, and the CALIFORNIA**

VERIFIED-COMPLAINT & EXPRESS-TRUST

**CONSTITUTION, ARTICLE 6    JUDICIAL, SEC. 1** By the Defendant-Trustees entering Plaintiff Real Property several Times without Warrent or Court-Order and Poasting, denying Plaintiff Due-Process of the Law in the Proper Jurisdiction of the Court of record. The judicial power of this State is vested in the Supreme Court, Courts of Appeal, Superior Courts, and Municipal Courts, all of which are Courts of Record. Tribunal: That which decides or judges; something which determines or directs a judgment or course of action. Merriam-Webster: Webster's New International Dictionary, 2nd Edition, A "nisi prius" court is a court to which a party *first* agrees *unless* He or She objects. The agreement to proceed must be obtained from the parties first. For the SUPERIOR COURTS are using a Tribunal A "nisi prius" court(s) to give the illusion that the People or the citizens believe they are in Legitimate Lawful Processes that are being conducted with regard to Civil Actions, and/or Criminal Actions. This "Civil-R.I.C.O." Law-Suit documents a continuous pattern of violations of federally protected rights perpetrated against Plaintiff and other San Bernardino County residents by Defendants and their affiliate Agencies. For the Defendants and Defendant-Trustees (Public-Officers) have engaged in a common enterprise, and common course of conduct, for the purpose of which is and was to engage in the violations of laws alleged in this Verified-Complaint. This common enterprise and common course of conduct continues to the present. This lawsuit further attempts to report and provide evidence that the Defendants and Defendant-Trustees, Puplic-Officers are operating the CITY OF SAN BERNARDINO and SAN BERNARDINO POLICE DEPARTMENT like a criminal enterprise outside the confines of California and United States Laws. The Patterns

## VERIFIED-COMPLAINT & EXPRESS-TRUST

of wrongs that are documented in this lawsuit have inflicted great harm upon Plaintiff, the citizens of California, the United States and upon the rule of the law. For the Plaintiff through this lawsuit seek damages and relief by these violations of numerous state and federally protected rights. For the Plaintiff seeks restitution imposing Civil Penalties, and granting all other relief provided for under California and United States Law against all named Defendant(s) and Defendant-Trustees, jointly and severally for engaging in their unlawful and corrupt business practices; and

13. For the Defendants and Defendant-Trustees Starting on June/13/2017 until October/10/2017 continuance of a ongoing Fraudulent-Cases;CP-17-000158 and CE-17-6697 to date; for the Defendants and Defendant-Trustee are of the Creation of these Fraudulent-Case-No.CP-17-000158 and CE-17-6697 by the Orders of the Defendants and Defendant-Trustee, are the Working force behind this Fraudulent-Cases-No.CP-17-000158 and Case-CE-17-6697 by the Creation of a Fictitious-Case under the Fictitious-Name-BENNY GONZALEZ JUAREZ (a Misnomer)  and Charging this Fiction with 12-Various Codes and Posting these Codes on the Plaintiff Subject Real Property, For the Defendants and Defendant-Trustees, on June/13/2017 until August/31/2017 Entered upon the Plaintiffs Subject Real-Property without Warrant or Court-Order, Plaintiff Believes that Plaintiff is of the injury by the Defendants and Defendants, Takeover an d Seizure of Plaintiff Real-Property, Plaintiff believes that the Defendants and Defendant-Trustees are in Violation of the 4Th Amendment search and Seizure without Warrant or Court-Order, **(See Memorandum Points and Authorities-Par-1, 3, 4, 5, 6, 7)** for these reasons Plaintiff is Filing of this Verified-Complaint; and

VERIFIED-COMPLAINT & EXPRESS-TRUST

ISSUES OF THE DEFENDANTS AND DEFENDANT-TRUSTEES
ARE AS FOLLOWS;

14. For this Complaint is about the Neglegance of the Defendants and Defendants-Trustees;

    a. Entering Plaintiff Real-Property without Warrant or Court-Order, Violating the 4Th Amendment ; and

    b. Violating of the Plaintiff Right 5Th Amendment of the Due-Process for the Right of the Trial by the Jury, for the Defendants and Defendant-Trustees became Judge, Jury and Executioners, Treason and Terrorism; and

    c. Violating of the Rights of the Plaintiff of the F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be Preserved, Right of the Court of record in Common-Law

    d. Violating of the Right of the 14Th Amendment, for the Denial of Plaintiff U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law; and

    e. By the aboue Violations for the Defendants and Defendant-Trustees Obstructed-Justice of the Plaintiff for the Title-18 USC 1512; and

    f. By the aboue Violations for the Defendants and Defendant-Trustees committed Extortion of Rights and Extortion of Money Title-18 USC 872 by the Creating a Fraudulent-Debt Willfully and knowingly there is no Money to Pay that Debt; and

VERIFIED-COMPLAINT & EXPRESS-TRUST

g.  By the aboue  Defendants and Defendant-Trustees for the Creation of a Fictitious-Entity a Fiction Trust BENNY GONZALEZ JUAREZ a Misnoner, Slander of Title in Violation of the Title-18-USC 1341 and 1342; and

15. I, Benny Gonzalez Juarez, Plaintiff am One of the People of the united States of America and a State Citizen of California, I, am NOT a Fictitious-Entity, I am not Dead, I did not Create the Fictitious-Entities-Name-BENNY GONZALEZ JUAREZ Constructive-Trust, I did not Create the UNITED STATES citizen,  I, did not Create the Trust under the Fictitious-Name and Trust-Entity BENNY GONZALEZ JUAREZ Trust and any derivative thereof in all Cap-Letter-Name, I Benny Gonzalez Juarez am not the Surety of the Constructive Trust or the Trustee of the Constructive-Trust BENNY GONZALEZ JUAREZ, Created by the Officers of the COUNTY OF SAN BERNARDINO, CITY OF SAN BERNARDINO and SAN BERNARDINO POLICE DEPARTMENT for the UNITED STATES Trust and STATE OF CALIFORNIA Trust and any sub-division or Franchises thereof are the Creators (Public-Officers) as **"*Donor(s)"** of the Constructive-Trust, for that Fictitious-Name-in all Cap lettering as a Constructive-Trust for the Defendant-Trustees are **\*Responsible** for this Constructive-Trust-Entity BENNY GONZALEZ JUAREZ  or any Variation thereof in CAP Lettering  and are the Trustees for the UNITED STATES as a Trust and the STATE OF CALIFORNIA, COUNTIES, CITIES, and COURTS are Trusts and Public-officers and Employees are Trustees of the Agency for which he or she serves as per **63C Am.Jur.2d Public-officers and Employees § 247 (2)** ; and

VERIFIED-COMPLAINT & EXPRESS-TRUST

16. For each of the Defendants and Defendant-Trustees are operating in Bankruptcy of the United States under the Legal-System with Legal-Tender since June/05/1933 and not under a Lawful-System with Lawful-Money, and under the Bankruptcy of the United States occurred June/05/1933 House Joint Resolution (HJR) for the Discharge of Debt, declared by the President Franklin D. Roosevelt by the Executive Orders; 6073, 6102, 6111, and Executive Order 6260 (See: Senate Report 93-549 pgs. 187 & 594) for the States of the Union then pledged the faith and credit thereof to the aid of the National Government the People are the Credit of the Nation and their Property by HJR-192 **(See the Attachment and incorporation by this reference as (Exhibit-B),  Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts** and under the Legal-System there is no Lawful-Money backed by Gold or Silver there is only Legal-Tender (hereinafter) Quasi-Money called Federal Reserve Note or FRNs is a Debt-Note. For each of the Defendant(s) Creating a Fictitious-Case under a Fictitious-Name-BENNY GONZALEZ JUAREZ under a Quasi-Commerce-System, with Quasi-Codes and Statues for the Purpose of Extorting Rights with Fictitious-Quasi-Money and Plaintiff-Signature, for the Power and Control over the Plaintiff and the People through the Fraudulent-Fictitious-Trusts BENNY GONZALEZ JUAREZ so that the Defendant(s) and Defendant-Trustees can Attack Plaintiff Cestui que trust for funding;

17. The above only partially begins to include the historical records and other Acts of Congress that proves the U.S. Bankruptcy of 1933 and that there is no money/Lawful-Money only Legal-Tender, there is only credit and that

VERIFIED-COMPLAINT & EXPRESS-TRUST

American people are the Credit of the Nation which makes them the Creditors and Beneficiaries under the 63C Am.Jur.2d Public-Officers and Employees § 247.

# I.    Jurisdiction

18. For the Plaintiff brings this Verified-Complaint under the Constitution of the United States of America under the First Amendment; the right of the People Peaceably to Assemble, and to Petition the Government for a redress of Grievances; and

19. Plaintiff claims State and Federal Jurisdiction under California Constitution Art. 1. Sec. 1; and federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution his action arises under the provisions of the Racketeering Influenced and Corrupt Organizations Act, Title 18 U.S.C. §§ 1961 *et seq.,* and the Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question) and 18 U.S.C. § 1964(a) and (c).

20. For the Title-18 U.S.C. § 1964(a) and (c)(a). The district courts of the United States shall have jurisdiction to prevent  and restrain violations of section 1962 of this chapter by issuing orders including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise imposing reasonable restrictions on the future activities or investments of any person including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect interstate or foreign commerce or

VERIFIED-COMPLAINT & EXPRESS-TRUST

ordering dissolution or reorganization of any enterprise, making due provisions for the rights of innocent persons.

(C) Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefore in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including reasonable attorney's fees.

21. Title-28 U.S.C. §§ 1343, which provides for a **federal court forum** in which citizens may seek regress from the deprivation of rights, privileges, and immunities under color of state law.

22. Title-28 U.S.C. § 1331, the general federal question statute. Title-28 U.S.C. § 2201 and § 2202, the federal declaratory relief and injunctive relief statutes, to declare the rights of the parties.

23. This Court may exercise supplemental jurisdiction pursuant to Title-28 U.S.C. § 1367(a) over Plaintiff's state claim for violations of California Government Code §§ 1454, 1460, §1771(i) and Article 1 § 6 of the California Constitution as these claims are so related to the Plaintiff' claims in the action within the original federal question jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

24. The Constitution for the United States of America, the First Amendment to the United States Constitution, all of the above statutes but not limited thereto.

VERIFIED-COMPLAINT & EXPRESS-TRUST

25. For this Verified-Complaint-action arises under Title 42 USC § 1986 For the Knowledge of the law and for not Stopping and correcting of a wrong or preventing of the Wrong by each of the Public-Officers, Defendant and Defendant-Trustees for the Constitutional Violations and Causing an Injury to the Plaintiff, under the Title 42 USC §1983 for violations of certain protections guaranteed to the Plaintiff as One of the People by the Amendments of the Federal Constitution, by the Defendants and Defendant-Trustees under the color of law under the 14Th Amendment for the *__Equal Protection of the Law__ in each Defendants-Trustees capacity as a Public-officer and Trustees, for the People, as per **63C Am.Jur.2d, Public officers and Employees, §247.**

# II. Venue

26. Venue of this CITY OF SAN BERNARDINO and SAN BERNARDINO POLICE DEPARTMENT is proper pursuant to Title 28 U.S.C. § 1391(a)(2), (b)(2), because the subject Real-Property is located in CITY OF SAN BERNARDINO, California and is based upon the wrongful acts and harm inflicted against the Plaintiff by all Defendants and Defendant-Trustees complained of herein while Defendants where acting as Agents or Assigns of the U.S. Bankruptcy within the State of California.

27. For this Venue is Proper under **Title-18 U.S. Code § 1965 - Venue and process; (a)** Any civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.

VERIFIED-COMPLAINT & EXPRESS-TRUST

(b) In any action under <u>section 1964 of this chapter</u> in any district court of the United States in which it is shown that the ends of justice require that other parties residing in any other district be brought before the court, the court may cause such parties to be summoned, and process for that purpose may be served in any judicial district of the United States by the marshal thereof.

(c) In any civil or criminal action or proceeding instituted by the United States under this chapter in the district court of the United States for any judicial district, subpoenas issued by such court to compel the attendance of witnesses may be served in any other judicial district, except that in any civil action or proceeding no such subpoena shall be issued for service upon any individual who resides in another district at a place more than one hundred miles from the place at which such court is held without approval given by a judge of such court upon a showing of good cause.

(d) All other process in any action or proceeding under this chapter may be served on any person in any judicial district in which such person resides, is found, has an agent, or transacts his affairs.

## STATEMENT ABOUT THE DEFENDANTS

28. For the United States/UNITED STATES is a Trust and State of California/STATE OF CALIFORNIA is a Trust and all County's/COUNTY'S, Cities/CITIES, Court's/COURT'S all Agencies are also a Trust and the Elected-Officials, Public-Officers and Employees are the Trustees of the People First, and Secondly are Trustee of the Agencies, for which he or she Serves as per **63C Am.Jur.2d Public-Officers and Employees §247, (See the Attachment and incorporation by this**

VERIFIED-COMPLAINT & EXPRESS-TRUST

reference as **(Exhibit-C) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts** these agencies are Quasi-Agencies operating in Bankruptcy since June/05/1933 with Quasi-Legal-Tender; and

# III. Parties

29. For the Plaintiff-Benny Gonzalez Juarez is One of the People of the united States of America and is Creditor of the United States Bankruptcy of June/05/1933 and Plaintiff place of Location is in San Bernardino County of the Mailing Addressof the Subject-Property; C/o 933 N-Mountain View, San Bernardino, California [92410] Phone-Cell-909-442-2005, Email-Mail N/A

# Defendants

30. For the Defendant-CITY OF SAN BERNARDINO is and was at all times mentioned hereinafter Defendant-CITY in this Verified-Complaint is an Entity that is a **De Facto** Corporation that is operating in Bankruptcy, and exist by Name only and has no Authority for Jurisdiction of any Real-Property, and is doing Quasi-Business, with Quasi-Legal-Tender in State of California with an address of **290 North D-Street, San Bernardino, CA 92401,** for this Defendant-CITY, is being sued in his/her/it's (check one or both): ☐ individual capacity ☑ official capacity  is acting under color of law because: For the Plaintiff is of the Discovery of the Fraud, F.R.C.P. Rule 26 (e) (2) and F.R.C.P. Rule 9 (b) for the Defendant-CITY is being sued for the Fraud-F.R.C.P. Rule 9(b), with these Co-Conspiters Defendant-CITY, Defendant-SBPD;  Defendant-Trustee-Burguan;  Defendant-Truste-Saenz, Defendant-Trustee-Varela; Trustee-John Doe City Police Officer; are of the

VERIFIED-COMPLAINT & EXPRESS-TRUST

Knowledge as a Puplic-Officers and Public-Entity of the Title 42 USC §
1986 For the Knowledge of the Law and for not Stopping and Correcting of
a wrong and having power to prevent or aid in preventing the commission
of the same, neglects or refuses so to do, if such wrongful act be committed,
shall be liable to the party injured, by each of the Public-Officers,
Defendant and Defendant-Trustees for the Constitutional Violations for the
Plaintiff States; Starting-June/13/2017 until October/10/2017 continuance
of a ongoing Fraudulent-Cases;CP-17-000158 and CE-17-6697 to date; for
the Defendant-Trustee-Burguan is of the Creation of this Fraudulent-Case-
No.CP-17-000158 and CE-17-6697 by the Orders of the Defendant-
Trustee-Burguan, Defendant-Trustee-Saenz and Defendant-Trustee-Varela
and  are the Working force behind this Fraudulent-Cases-No.CP-17-000158
and Case-CE-17-6697 by the Creation of a Fictitious-Case under the
Fictitious-Name-BENNY GONZALEZ JUAREZ (a Misnomer)  and
Charging this Fiction with 12-Various Codes such as SBMC-§ 15.16.126
(Address Number Required), SBMC-§ 15.24.040A3 (Weeds Dry Brush,
IMPC-§  605.4  (Electrical-Equipment),  IMPC  §  603.1  (Mechanical
Appliances),  SBMC-§  15.24.040A14  (Fencing),  SBMC-§  5.04.005
(Business Registration Required), SBMC-§ 15.24.040A4 (Trash Debris and
Improper  Storage),  SBMC-§  15.24.040A5  (Vehicle  on  Unimproved
Surface), SBMC-§ 15.24.040A6 (Inoperable and Abandoned Vehicles),
SBMC-§ 8.24.170(D) (Placement of Refuse Containers), SBMC-§ 304.6
(Exterior Walls) and IPMC § 304.13 (Broken and Damaged Windows) **(See
Memorandum   Points   and   Authorities-Par-1,2,&4)**  of  Private-
Copyrighted-Corporate-Codes and Statues, **(See the Attachment and
incorporation by this reference as (Exhibit-A) Federal Rules of
Evidence-Rule 201. Judicial Notice of Adjudicative Facts** and making

VERIFIED-COMPLAINT & EXPRESS-TRUST

the Natural-Person <u>Benny Gonzalez Juarez</u> believes that Plaintiff is responsible for these Codes and Statues under the Fictitious-Name as Trustee and Surety of the Constructive-Trust of the Creation by the Defendan-CITY, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Truste-Saenz, Defendant-Trustee-Varela; and Trustee-John Doe City Police Officer; and Plaintiff was placed in a Position of a Fraudulent-Venue by these Defendant-Trustees their Venue in an Admiralty Maritime Jurisdiction for these Actions by the Puplic-Officers, Known as Defendant-Trustee-Burguan; Defendant-Truste-Saenz, Defendant-Trustee-Varela; Trustee-John Doe City Police Officer; hereinafter Defendant-Trustees entered Plaintiffs Real Property Without Warrant or Court-Order (Property-Takeover-Seizure) on June/13/2017 by the Posting of the NOTICE OF VIOLATIONS and again August/31/2017 ADMINISTRATIVE CIVIL PENALTY NOTICE AND ORDER, **(See Memorandum Points and Authorities-Par-1,2,&4)** for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) by the Defendant-Trustees under the Authority Defendant-CITY and Defendant-SBPD **hereinafter Defendants** entered Plaintiff Real Property without Warrant or Court Order, for the Plaintiff is injured and harmed by the Neglegance of the Defendants and Defendant-Trustees, for the Plaintiff is injured and harmed by being Denied the right for a Common Law Court of Record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1., for the Plaintiff is injured and harmed by being denied Due Process under the 5Th Amendment for the Right of the Trial by the Jury this is a Violation of Due-Process of the Law, for the

VERIFIED-COMPLAINT & EXPRESS-TRUST

Plaintiff is injured and harmed by being Denied U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the **14Th** Amendment, for the Defendants and Defendant-Trustees are of the Knowledge under the Title-42 USC § 1986 for the Knowledge of the law and for the Negligence of the Law for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by the Defendant(s) Puplic-Officers, Defendant-Trustees, for the Plaintiff is harmed/injured by the Defendants and Defendant-Trustees for the Creation of a Fictitious-Cases under the Fictitious-Name-BENNY GONZALEZ JUAREZ Extortion of Rights with the Extortion Money in the Amount of $500.00 per day (See Memorandum Points and Authorities) under Threat by deception, by the Defendants and Defendant-Trustees jointly Conspiring against Plaintiff, **(See the Attachment and incorporation by this reference as (Exhibit-E) Notice of Violations) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts,** in the NOM DE GUERRE Fictitious-Name and Fictitious Quasi-Entity Dead Title F.R.C.P. Rule-10(a) Name of Party (Note Plaintiff is Not dead) Called BENNY GONZALEZ JUAREZ a Trust and under and with this Defendant-CITY for the 18 USC § 1342 - Fictitious name or address and Title-18 USC § 1341- Frauds and Swindles for the Plaintiff is injured and harmed for the Title-18 USC § 872 for the Extortion of Rights and Money of the Constitution 4Th, 5Th, 7Th, 14Th Amendments by this Defendant-Trustee-Burguan under and with this Defendant-SBPD With the Co-Conspisters, Defendant-Trustee-Burguan; Defendant-Truste-Saenz, Defendant-Trustee-Varela; Trustee-John Doe, under the Authority of this Defendant-CITY; and

VERIFIED-COMPLAINT & EXPRESS-TRUST

31. For the Defendant-SAN BERNARDINO POLICE DEPARTMENT hereinafter Defendant-SBPD is Operated by the CITY CHIEF OF POLICE-officer Defendant-Trustee-Jarrod Burguan, is a Division of the Defendant-CITY OF SAN BERNARDINO is a Trust, and the Public-Officers are the Trustees, for this Defendant-SBPD Entity that is a **De Facto** Corporation that is operating in Bankruptcy, and exist by Name only and has no Authority for Jurisdiction of any Real-Property, is doing Quasi-Commerce-Business under the Defendant-CITY OF SAN BERNARDINO, has a Business Location; **710 North-D-Street, San Bernardino, California 92401,** This Defendant-Trustee-SBPD is being sued in its (check one or both): ☐ individual capacity ☑ official capacity is acting under color of law because: For the Defendants and Defendant-Trustees are being sued as Persons of the Codes and Statues, for this Defendant-Trustee-SBPD is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-SBPD is of the Knowledge of the Law Under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong or preventing of the wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by the Defendant-SBPD and the Puplic-Officers, Defendant and Defendant-Trustees for the Constitutional Violations On these dates June/13/2017 and August/31/2017 to Present-Time, numerous times of Appearances on Plaintiff Real-Property, this Defendant-Trustee-Burguan With the Co-Conspiters, Defendant-Trustee-Burguan; Defendant-Truste-Saenz, Defendant-Trustee-Varela; Trustee-John Doe City Police

VERIFIED-COMPLAINT & EXPRESS-TRUST

Officer;  conducting Administrative Authority under the Fictitious-Name BENNY GONZALEZ JUAREZ a Fictitious-Name-BENNY G JUAREZ **(See the Attachment and incorporation by this reference as (Exhibit-E) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts,** On June/13/2017 and August/31/2017 without Warrant or Court Order under the Admiralty Maritime Jurisdiction this Defendant-Trustee-Burguan authority for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) for the Plaintiff is injured and harmed by being denied Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,, for the Plaintiff is injured and harmed by being denied Due Process under the 5Th Amendment Trial by Jury and "No person shall be held to answer for a capital, or otherwise infamous Crime, unless on a Presentment or Indictment of a Grand-Jury" without Due-Process of the Law" for the Cause of Action, Lack of DUE PROCESS, is Obstruction of Justice, Title-18 USC § 1512, for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Burguan, With the Co-Conspiters, Defendants and Defendant-Trustees  are being sued for the Extortion of Rights, Perjury of Oath of Office, and Treason, by the Defendants and Defendant-Trustees Violating of the Contract Oath and Affirmation that Defendant-Trustees as Puplic-Officers took, is "Perjury of Oath"  Defendant-Trustee-Burguan, Defendant-CITY and Defendant-Trustee-Saenz, for the Plaintiff is injured and harmed by the wrongful use

VERIFIED-COMPLAINT & EXPRESS-TRUST

of actual of Threatened force or fear or under color of official Right on September/07/2017 for the Plaintiff is injured and harmed for the Title-18 USC § 872 for the Extortion of Rights and Money of the Constitution 4Th, 5Th, 7Th, 14Th Amendments by this Defendant-Trustee-Burguan under and with this Defendant-SBPD With the Co-Conspiters, Defendant-Trustee-Burguan; Defendant-Truste-Saenz, Defendant-Trustee-Varela; Trustee-John Doe, under the Authority of this Defendant-CITY; and

32. For the Defendant-Trustee-Gary D. Saenz, is an CITY ATTORNEY for the De Facto Defendant-CITY OF SAN BERNARDINO and attorney for the Defendant-SBPD is a Public-officer of the City hereinafter Defendant-Trustee-Saenz, is a Trustee of the Defendant-CITY, and Trustee of the People, for this Defendant-Trustee-Saenz is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Defendant-CITY, has Business Location **290-North-D Street, San Bernardino, CA 92401**, For this Defendant is being sued in its (check one or both): ☐ individual capacity ☑ official capacity is acting under color of law because: For the Defendant-Trustee-Saenz is the Persons of the Codes and Statues, for this Defendant-Trustee-Saenz is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-Trustee-Saenz is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by each of the Public-Officers, Defendant and Defendant-Trustees for the Constitutional

VERIFIED-COMPLAINT & EXPRESS-TRUST

Violations. On June/13/2017 and August/31/2017 this Defendant-Trustee-Saenz conducting Administrative-Business under the Fictitious-Name BENNY GONZALEZ JUAREZ a fictitious-Name **(See the Attachment and incorporation by this reference as (Exhibit-E) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts** On June/13/2017 and on August/31/2017 without Warrant or Court Order, for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Admiralty Maritime Jurisdiction, this Defendant-Trustee-Saenz with the Co-Conspisters Defendant-Trustee-Varela; for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the 7Th Amendment Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1., for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights of the Due Process under the 5Th Amendment "Trial by Jury" and "No person shall be held to answer for a capital, or otherwise infamous Crime, unless on a Presentment or Indictment of a Grand-Jury" without Due-Process of the Law" for the Cause of Action, Lack of DUE PROCESS, is "Obstruction of Justice" Title-18 USC § 1512, for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Saenz is being sued for the Extortion of Rights with the Extortion of Money, is Perjury of Oath of Office, and Constructive-Treason, by the

For this is under the Copyright/Copyclaim of the James I. Diamond this August/13/2013     All Rights **Reserved**   P a g e |

VERIFIED-COMPLAINT & EXPRESS-TRUST

Defendant-Trustees-Saenz with the Co-Conspiters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Trustee-John Doe City Police Officer for the Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant-Trustees-Saenz and Defendant-Trustees Puplic-Officers took is "Perjury of Oath" Defendant-Trustee-Saenz, under the Defendant-CITY with the Co-Conspiters Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Trustee-John Doe City Police Officer for the Plaintiff is injured and harmed by the wrongful use of actual Threatened force or fear or under color of official Right by the Defendants and Puplic-Officers Defendant-Trustees on June/13/2017 and August/31/2017, for the Plaintiff is injured and harmed for the Title-18 USC § 872 for the Extortion of Rights of the Constitution 4Th, 5Th, 7Th, 14Th Amendments, with Extortion of Money by this Defendant-Trustee-Saenz, with the Co-Conspiters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Trustee-John Doe, under the Authority of this Defendant-CITY; and

33. For the Defendant-Trustee-M. Varela, is an Public-Officer and Community Policing Specialist of the Defendant-SBPD and officer of the Public hereinafter Defendant-Trustee-Varela, for this Defendant-Trustee-Varela is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Defendant-SBPD and Defendant-CITY, Defendant-Trustee-Varela is an Employee Contracted with the Defendant-SBPD and Defendant-CITY and State of California and the Defendant-Varela, has Business Location **710 North D Street, San Bernardino, CA 92401**, This Defendant is being sued in its (check one or both): ~~An individual capacity~~ ☑

VERIFIED-COMPLAINT & EXPRESS-TRUST

official capacity  is acting under color of law because: For the Defendant-Trustee-Varela is the Persons of the Codes and Statues, for this Defendant-Trustee-Varela  is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-Trustee-Saenz  is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by each of the Public-Officers, Defendant and Defendant-Trustees for the Constitutional Violations. On June/13/2017 and August/31/2017 this Defendant-Trustee-Varela  conducting Administrative-Business under the Fictitious-Name BENNY GONZALEZ JUAREZ a fictitious-Name **(See the Attachment and incorporation by this reference as  (Exhibit-F) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts,** On June/13/2017 and on August/31/2017 without Warrant or Court Order, for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Admiralty Maritime Jurisdiction, this Defendant-Trustee-Varela   with the Co-Conspisters, Defendant-SBPD, Defendant-Trustee-Saenz; and Defendant-Trustee-John Doe City Police Officer under and with this Defendant-CITY; for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the 7Th Amendment Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall

VERIFIED-COMPLAINT & EXPRESS-TRUST

be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1., for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights of the Due Process under the 5Th Amendment "Trial by Jury" and "No person shall be held to answer for a capital, or otherwise infamous Crime, unless on a Presentment or Indictment of a Grand-Jury" without Due-Process of the Law" for the Cause of Action, Lack of DUE PROCESS, is "Obstruction of Justice" Title-18 USC § 1512, for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under of the 14Th Amendment, for this Defendant-Trustee-Varela is being sued for the Extortion of Rights with the Extortion of Money, is Perjury of Oath of Office, and Constructive-Treason, by the Defendant-Trustees-Varela with the Co-Conspiters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Trustee-John Doe City Police Officer for the Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant-Trustees-Varela and Defendant-Trustees Puplic-Officers took is "Perjury of Oath" Defendant-Trustee-Varela, under the Defendant-CITY with the Co-Conspiters Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Saenz; and Defendant-Trustee-John Doe City Police Officer for the Plaintiff is injured and harmed by the wrongful use of actual Threatened force or fear or under color of official Right by the Defendants and Puplic-Officers Defendant-Trustees on June/13/2017 and August/31/2017, for the Plaintiff is injured and harmed by the Title-18 USC § 872 for the Extortion of Rights of the Constitution 4Th, 5Th, 7Th, 14Th Amendments, with Extortion of Money by this Defendant-Trustee-Varela, with the Co-Conspiters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-

VERIFIED-COMPLAINT & EXPRESS-TRUST

Trustee-Saenz; and Defendant-Trustee-John Doe, under the Authority of this Defendant-CITY; and

34. **"Notice"** for the Additional for the Defendants and Defendant-Trustees, for the Plaintiff believes that the Defendant-Trustee-M. Varela is impersonating and Officer under Penal Code-146(a)(b)(c) States;

Penal Code-**146**

Every public officer, or person pretending to be a public officer, who, under the pretense or color of any process or other legal authority, does any of the following, without a regular process or other lawful authority, is guilty of a misdemeanor:

(a) Arrests any person or detains that person against his or her will.

(b) Seizes or levies upon any property.

(c) Dispossesses any one of any lands or tenements.

35. For the Defendant-Trustee-Jarrod Burguan; is the Chief of Police of the Defendant-SBPD of the Defendant-CITY and Public-Officer of the City hereinafter Defendant-Trustee-Burguan, is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Case-No.CP-17-000158 and Case-CE-17-6697 was an Elected-Official Contracted with the San Bernardino County and State of California and the SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, has Business Location **710 Norty D Street, San Bernardino, CA 92401,** This Defendant is being sued in its (check one or both); ~~individual~~ capacity ☐ official capacity is acting under color of law because: For the Defendant-Trustee-Burguan is the Persons of the Codes and Statues, for this Defendant-Trustee-Burguan is of the Oath of Allegiance for the State of

VERIFIED-COMPLAINT & EXPRESS-TRUST

California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-Trustee-Burguan  is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by each of the Public-Officers, Defendant and Defendant-Trustees for the Constitutional Violations. On June/13/2017 and August/31/2017    this    Defendant-Trustee-Burguan    conducting Administrative-Business under the Fictitious-Name BENNY GONZALEZ JUAREZ a fictitious-Name **(See the Attachment and incorporation by this reference as  (Exhibit-E) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts**, On June/13/2017 and on August/31/2017 without Warrant or Court Order, for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) for the Plaintiff is injured and harmed by being denied  U.S. Constitutional Rights  under  the  Admiralty Maritime Jurisdiction, this Defendant-Trustee-Burguan   with the Co-Conspiters, Defendant-SBPD,  Defendant-Trustee-Saenz;   Defendant-Trustee-Varela; and Defendant-Trustee-John Doe City Police Officer for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the 7Th Amendment Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be  preserved  and  CALIFORNIA  CONSTITUTION,  ARTICLE  6 JUDICIAL, SEC. 1.,, for the Plaintiff is injured and harmed by being denied  U.S.  Constitutional  Rights  of  the  Due  Process  under  the  5Th

VERIFIED-COMPLAINT & EXPRESS-TRUST

Amendment "Trial by Jury" and "No person shall be held to answer for a capital, or otherwise infamous Crime, unless on a Presentment or Indictment of a Grand-Jury" without Due-Process of the Law" for the Cause of Action, Lack of DUE PROCESS, is "Obstruction of Justice" Title-18 USC § 1512, for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Burguan  is being sued for the Extortion of Rights with the Extortion of Money, is Perjury of Oath of Office, and Constructive-Treason, by the Defendant-Trustee-Burguan with the Co-Conspirers, Defendant-SBPD, Defendant-Trustee-Saenz; Defendant-Trustee-M. Varela; and Defendant-Trustee-John Doe City Police Officer for the Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant-Trustees-Saenz  and Defendant-Trustees Puplic-Officers took is "Perjury of Oath" Defendant-Trustee-Burguan, under the Defendant-SBPD and Defendant-CITY with the Co-Conspiters Defendant-Trustee-Saenz; Defendant-Trustee-Varela; and Defendant-Trustee-John Doe City Police Officer, for the Plaintiff is injured and harmed by the wrongful use of actual Threatened force or fear or under color of official Right by the Defendants and Puplic-Officers Defendant-Trustees on June/13/2017 and August/31/2017, for the Plaintiff is injured and harmed for the Title-18 USC § 872  for the Extortion of Rights of the  Constitution 4Th, 5Th, 7Th, 14Th Amendments, with Extortion of Money by these Defendant's Defendant-Trustee-Burguan, with the Co-Conspirers, Defendant-SBPD, Defendant-Trustee-Saenz; Defendant-Trustee-M. Varela; and Defendant-Trustee-John Doe, under the Authority of this Defendant-CITY;  and

VERIFIED-COMPLAINT & EXPRESS-TRUST

36. For the Defendant-Trustee-John Doe City Police Officer, (Name unknown at this time) is a Public-Officer and Police-Officer with the Defendant-SBPD with the Defendant-CITY hereinafter Defendant-Trustee-John Doe, is a Trustee of the Defendant-SBPD, Defendant-CITY and Trustee of the People, for this Defendant-Trustee-John Doe  is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Defendant-SBPD Defendant-CITY, for this Defendant-Trustee-John Doe is operating in Bankruptcy of the UNITED STATES and Defendant-Trustee-John Doe, is Privately Contracted with the Defendant-SBPD and Defendant-CITY has a Business Location **710 North D Street, San Bernardino, CA 92401,** This Defendant is being sued in its (check one or both): ☐ individual capacity ☑ official capacity  is acting under color of law because: For the Defendant-Trustee-John Doe is the Persons of the Codes and Statues, for this Defendant-Trustee-John Doe, is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-Trustee-John Doe  is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, by each of the Public-Officers, Defendant and Defendant-Trustees for the Constitutional Violations. On June/13/2017 and August/31/2017 this Defendant-Trustee-John Doe, conducting Administrative-Business under the Fictitious-Name BENNY GONZALEZ JUAREZ a fictitious-Name **(See the Attachment and incorporation by this reference as (Exhibit-E) Federal Rules of Evidence-Rule 201. Judicial Notice of Adjudicative Facts On**

### VERIFIED-COMPLAINT & EXPRESS-TRUST

June/13/2017 without Warrant or Court Order, for the Plaintiff is injured and harmed by being denied Plaintiff of the Constitutional Rights of the 4Th Amendment (rights of the People to be secure, and no Warrant shall issue but upon Probable Cause) for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Admiralty Maritime Jurisdiction, this Defendant-Trustee-John Doe with the Co-Conspiters Defendant-Trustees-Saenz, Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the 7Th Amendment Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1., for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights of the Due Process under the 5Th Amendment "Trial by Jury" and "No person shall be held to answer for a capital, or otherwise infamous Crime, unless on a Presentment or Indictment of a Grand-Jury" without Due-Process of the Law" for the Cause of Action, Lack of DUE PROCESS, is "Obstruction of Justice" Title-18 USC § 1512, for the Plaintiff is injured and harmed by being denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-John Doe is being sued for the Extortion of Rights with the Extortion of Money, is Perjury of Oath of Office, and Constructive-Treason, by the Defendant-Trustees-Saenz with the Co-Conspisters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-CITY, for the Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant-Trustees-John Doe and Defendant-Trustees Puplic-Officers took is "Perjury

## VERIFIED-COMPLAINT & EXPRESS-TRUST

of Oath" Defendant-Trustee-John Doe, under the Defendant-CITY with the Co-Conspiters Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Trustee-Saenz for the Plaintiff is injured and harmed by the wrongful use of actual  Threatened force or fear or under color of official Right by the Defendants and Puplic-Officers Defendant-Trustees on June/13/2017 and August/31/2017, for the Plaintiff is injured and harmed by the Title-18 USC § 872  for the Extortion of Rights of the Constitution 4Th, 5Th, 7Th, 14Th Amendments, with Extortion of Money by this Defendant-Trustee-Saenz, with the Co-Conspiters, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; and Defendant-Saenz, under the Authority of this Defendant-CITY; and

37. Plaintiff re-alleges and **\*incorporates** by reference all of the paragraphs above 1 through-36

## **<u>STATEMENT OF THE FACTS</u>**

38. For the Defendants and Defendant-Trustees Starting on June/13/2017 until October/10/2017 continuance of a ongoing Fraudulent-Cases;CP-17-000158 and CE-17-6697 to date; for the Defendants and Defendant-Trustee are of the Creation of these Fraudulent-Case-No.CP-17-000158 and CE-17-6697 by the Orders of the Defendants and Defendant-Trustee, are the Working force behind this Fraudulent-Cases-No.CP-17-000158 and Case-CE-17-6697 by the Creation of a Fictitious-Case under the Fictitious-Name-BENNY GONZALEZ JUAREZ (a Misnomer)  and Charging this Fiction with 12-Various Codes and Posting these Codes on the Plaintiff Subject Real Property, For the Defendants and Defendant-Trustees, on June/13/2017 until August/31/2017 Entered upon the Plaintiffs Subject

VERIFIED-COMPLAINT & EXPRESS-TRUST

Real-Property without Warrant or Court-Order, Plaintiff Believes that Plaintiff is of the injury by the Defendants and Defendants, Takeover an d Seizure of Plaintiff Real-Property, Plaintiff believes that the Defendants and Defendant-Trustees are in Violation of the 4Th Amendment search and Seizure without Warrant or Court-Order, **(See Memorandum Points and Authorities-Par-1, 3, 4, 5, 6, 7)** for these reasons Plaintiff is Filing of this Verified-Complaint; and

# FOR THE FOLLOWING CLAIMS

39. For the Puplic-Officers Defendant-Trustees are Public-Officers, Defendant-Trustee-Saenz, Defendant-SBPD, Defendant-Trustee-Burguan; Defendant-Trustee-Varela; Defendant-Trustee-John Doe Police Officer and Defendant-Saenz, under the Authority of this Defendant-CITY;  herein after Defendant-Trustees are Puplic-Officers of the CITY OF SAN BERNARDINO AND SANBERDINO POLICE DEPARTMENT,  as the Puplic-Officers are Educated in Law as a Professional hired by the CITY OF SAN BERNARDINO and Paid by the State of California gets a wage and takes an Allegiance of the Oath of Office for the Constitution of the United States of America and Secondly takes an Allegiance for the Constitution of the State of California and in these Constitutions for the Defendants and Defendant-Trustees are in Agreement with the Conditions of the Constitutions (Contract) that the Defendants and Defendant-Trustees shall Support, defend, and Abide by the Constitutions, for the Defendants and Defendant-Trustees owes a Duty and Care of the Constitutions and the People, for the Defendants and Defendant-Trustees cannot breach that Duty and Care of the Constitutions and the People, for the Defendants and Defendant-Trustees have a Standard of Care with he or she as

VERIFIED-COMPLAINT & EXPRESS-TRUST

Professionals, When a professional(s) fails to uphold such a standard of care, the professional may be liable for **malpractice,** which is based on the law of Negligence. For these Defendants and Defendant-Trustees are Trustees first to the People and secondly as a Trustee for the Agency for which he or she serves, **63C Am.Jur.2d Public Officers and Employees §
247 (2)** "As expressed otherwise, the powers delegated to a **public officer
are held in trust for the people** and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer. (1) Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

(2) That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

(3) And owes a fiduciary duty to the public; and **(See Exhibit-C)**

## V.    FOR THE CLAIMS
### For the Claim-#1

40. Plaintiff realleges and incorporates by reference all of the paragraphs above 1 through-39

**41.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-1:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S.

VERIFIED-COMPLAINT & EXPRESS-TRUST

Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right,   For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th   Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the  **Title-42 USC § 1985 (2)- Conspiracy to interfere with civil rights** (2) **Obstructing justice;**

**42.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan , Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**43.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-42 USC § 1986.

## For the Claim-#2

**44.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-43

**45.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-2:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees

## VERIFIED-COMPLAINT & EXPRESS-TRUST

in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 42 USC § 1985(3)** or to injure any citizen in person or property on account of such support or advocacy;

**46.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 42 USC § 1985(3)**

**47.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**48.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 42 USC § 1985(3).

## **For the Claim-#3**

VERIFIED-COMPLAINT & EXPRESS-TRUST

**49.**  Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-48

**50.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-3:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th  Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 42 USC § 1983;** Civil action for deprivation of rights:

**51.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 42 USC § 1983;** Civil action for deprivation of rights:

**52.**  The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

VERIFIED-COMPLAINT & EXPRESS-TRUST

**53.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 42 USC § 1983; and

## For the Claim-#4

**54.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1- through-53

**55.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-4:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment,  For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th  Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 2381** – Treason

VERIFIED-COMPLAINT & EXPRESS-TRUST

**56.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 2381** – Treason;

**57.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**58.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendant-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2381; and

## For the Claim-#5

**59.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1- through-58

**60.**Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

 AS TO CLAIM-5: For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017

VERIFIED-COMPLAINT & EXPRESS-TRUST

entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment,  For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th  Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the Title-18 U.S. Code § 2382 - **Misprision of Treason;**

 **61.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S. Code § 2382 -**

**62.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan,  Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**63.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2382; and

## For the Claim-#6

**64.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1- through-63

65.Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-6:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees

VERIFIED-COMPLAINT & EXPRESS-TRUST

1    in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC §
2    1986 for the Negligence of the Law of the California State Constitution and for the
3    U.S. Constitution, and each of the Defendants and Defendant-Trustees are of the
4    Neglect for not stopping and correcting of a wrong and having power to prevent or
5    aid in preventing the commission of the same, neglects or refuses so to do, if such
6    wrongful act be committed, shall be liable to the party injured,  On June/13/2017
7    entered Plaintiff Real-Property Without Warrant or Court-Order and again on
8    August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying
9    Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a)
10   declared by the 7Th Amendment and shall be preserved and CALIFORNIA
11   CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing
12   Defendants and Defendan-Trustees of the **Title-18 U.S. Code § 2383 - Rebellion**
13   **or insurrection;**

14   **66.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§
15   1986 for the Knowledge of the Law and the Neglect for not Stopping and
16   Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-
17   Trustees of the **Title-18 U.S. Code § 2383 - Rebellion or insurrection;**

18   **67 .** The above civil right was violated by the following Defendants: Defendant-
19   CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz,
20   Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

21   **68 .** As a result of the Defendant's violation of the above civil right, Plaintiff was
22   harmed in the following way: As a direct and proximate result of the racketeering
23   activities of the Defendants and Defendan-Trustees, and each of them, as described
24   herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for
25   the injuries they have sustained, according to proof, as well as costs of suit and
26   reasonable attorneys' fees, pertaining to Title 18 USC § 2383;

27

VERIFIED-COMPLAINT & EXPRESS-TRUST

## For the Claim-#7

**69 .** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1- through-68

**70.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-7:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the Title-**18 U.S. Code § 2384 - Seditious conspiracy;**

**71.**For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the Title-**18 U.S. Code § 2384 - Seditious conspiracy;**

**72 .** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

VERIFIED-COMPLAINT & EXPRESS-TRUST

**73.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2384; and

## For the Claim-#8

**74.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1-through-73

**75.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-8:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment,  For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **(Title-18 U.S. Code § 1961 – Definitions-(1) for the Violation of the Title-18 U.S. Code § 1962 - Prohibited activities;**

VERIFIED-COMPLAINT & EXPRESS-TRUST

**76.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the (**Title-18 U.S. Code § 1961 – Definitions-(1) for the Violation of the Title-18 U.S. Code § 1962 - Prohibited activities;**

**77.**   The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**78.**   As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 1963 and Title-18 USC § 1964; and

## For the Claim-#9

**79.**   Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-78

**80.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-9:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such

VERIFIED-COMPLAINT & EXPRESS-TRUST

wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 18** › **Part I** › **Chapter 79** › **§ 1621** (Perjury)

**81.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 18** › **Part I** › **Chapter 79** › **§ 1621** (Perjury)

**82.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**83.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez, is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 › Part I › Chapter 79 › § 1621 (Perjury); and

## For the Claim-#10

**84.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-83

VERIFIED-COMPLAINT & EXPRESS-TRUST

**85.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-10:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1342 - Fictitious name or address;**

**86.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1342 - Fictitious name or address;**

**87.**  The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**88.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described

VERIFIED-COMPLAINT & EXPRESS-TRUST

herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to 18 USC § 1342; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

# For the Claim-#11

**89.**  Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-88

**90.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-11:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th  Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 18 USC § 1341 - Frauds and Swindles;**

VERIFIED-COMPLAINT & EXPRESS-TRUST

**91.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title 18 USC § 1341 - Frauds and Swindles;**

**92.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**93.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 1341 - Frauds and Swindles; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#12

**94 .**  Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-93

**95.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-12:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to

VERIFIED-COMPLAINT & EXPRESS-TRUST

prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1002 - Possession of false papers to defraud United States;**

**96.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1002 - Possession of false papers to defraud United States;**

**97.**  The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**98.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 1002 - Possession of false papers to defraud United States; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

VERIFIED-COMPLAINT & EXPRESS-TRUST

## For the Claim-#13

**99.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-98

**100.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-13:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1001 - Statements or entries generally;**

**101.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 1001 - Statements or entries generally;**

**102.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

VERIFIED-COMPLAINT & EXPRESS-TRUST

**103.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 1001 - Statements or entries generally; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#14

**104.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-103

**105.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-14:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA

VERIFIED-COMPLAINT & EXPRESS-TRUST

CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 872 - Extortion by officers or employees of the United States;**

**106.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 USC § 872 - Extortion by officers or employees of the United States;**

**107.**  The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**108.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 872 - Extortion by officers or employees of the United States; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#15

**109.**  Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-108

**110.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

VERIFIED-COMPLAINT & EXPRESS-TRUST

**AS TO CLAIM-15:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment,  For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th  Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S.C. § 242: US Code Deprivation of Rights;**

**111.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S.C. § 242: US Code Deprivation of Rights;**

**112.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**113.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of

VERIFIED-COMPLAINT & EXPRESS-TRUST

suit and reasonable attorneys' fees, pertaining to Title-18 U.S.C. § 242: US Code Deprivation of Rights; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## <u>For the Claim-#16</u>

**114.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-113

**115.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-16:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S.C. § 241: US Code Conspiracy;**

**116.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and

VERIFIED-COMPLAINT & EXPRESS-TRUST

Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S.C. § 241: US Code Conspiracy;**

**117.** The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**118.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S.C. § 241: US Code Conspiracy; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

# **For the Claim-#17**

**119.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-118

**120.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-17:** For the Real Party of Interest Benny Gonzalez Juarez Plaintiff was harmed, at all times relevant hereto that all Defendants and Defendan-Trustees in this Verified-Complaint are of the Knowledge of the Law under Title-42 USC § 1986 and for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants and Defendan-Trustees are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same,

VERIFIED-COMPLAINT & EXPRESS-TRUST

neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, On June/13/2017 entered Plaintiff Real-Property Without Warrant or Court-Order and again on August/31/2017 Violating Plaintiff 4Th Amendment Right, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved and CALIFORNIA CONSTITUTION, ARTICLE 6  JUDICIAL, SEC. 1.,,  Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S. Code § 4 - Misprision of Felony;**

**121.** For the Plaintiff Accusing Defendants and Defendan-Trustees Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants and Defendan-Trustees of the **Title-18 U.S. Code § 4 - Misprision of Felony;**

**122.**  The above civil right was violated by the following Defendants: Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe,

**123.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S. Code § 4 - Misprision of Felony; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

**124.** Plaintiff realleges and incorporates by reference all of the paragraphs above. 1 through-123

VERIFIED-COMPLAINT & EXPRESS-TRUST

**125.**  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants and Defendan-Trustees, and each of them, as described herein, Plaintiff Benny Gonzalez Juarez is entitled to recover treble damages for the injuries Plaintiff has sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S. Code § 4 - Misprision of Felony; and  As a direct and proximate cause of Defendants and Defendan-Trustees' racketeering activities, Plaintiff has suffered, and will continue to suffer irreparable harm and considerable damages.

**126.** As a result Defendants and Defendan-Trustees are liable to Plaintiff for their losses in an amount to

be determined at trial.

**127.** Pursuant to "RICO", 18 U.S.C. § 1964(c), Plaintiff is entitled to recover

Three fold their damages plus costs by the Defendant and Defendant-Trustees.

## IV. RELIEF

**For the Plaintiff hereby Claims for the Judgment and Relief by the Following:**

**128.** For the Plaintiff re-alleges and incorporates by reference all of the paragraphs above 1 through-127; and

**WHEREFORE**, Plaintiff Claims for the judgment as follows:

Under the Constitution Plaintiff Claims Relief by the 5Th Amendment for the just Compensation; and

Plaintiff Claims for the Constitutional Violations as $1,000,000.00 One Million U.S. Dollars for each Constitutional Violation by each Defendants and each Defendant-Trustee

## ON THE FIRST CLAIM FOR RELIEF

## VERIFIED-COMPLAINT & EXPRESS-TRUST

1. For the treble the amount of actual damages in an amount to be determined according to proof at trial;

2. For reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c);

3. For an Order enjoining and prohibiting Defendants and Defendant-Trustees, and each of them, from further engaging in the racketeering conduct as described in this Verified-Complaint;

### ON THE SECOND CLAIM FOR RELIEF

4. For treble the amount of actual damages in an amount to be determined according to proof at trial;

5. For reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c);

6. For an Order enjoining and prohibiting Defendants and Defendan-Trustees, and each of them, from further engaging in the Extortion of Fraudulent-Money conduct as described in this Verified-Complaint;

### ON THE THIRD CLAIM FOR RELIEF

7. For restitution in an amount to be determined according to proof at trial;

8. For a temporary, preliminary and permanent injunction, pursuant to 28 U.S.C. Section 2201, enjoining and restraining Defendant-CITY, Defendant-SBPD, Defendant-Trustee-Burguan, Defendant-Trustee-Saenz, Defendant-Trustee-Varela, Defendant-Trustee-John Doe, and its employees, servants, agents, affiliates, distributors, dealers, members, attorneys, successors and/or assigns, and all persons in active concert or participation with any of them, from Taking or Seizing Plaintiff Real-Property shall cease and desist property through the state court proceedings.

9. For reasonable attorneys' fees to the full extent permitted under "RICO".

### ON ALL CLAIMS FOR RELIEF

10. That all issues so triable be tried by the jury;

11. For costs of suit incurred herein; and

VERIFIED-COMPLAINT & EXPRESS-TRUST

1  12. For such other and further relief as this Court deems just and proper; and

2

3  **V. DEMAND FOR TRIAL BY THE JURY**

4  Plaintiff hereby requests a Trial by the Jury on all issues raised in this Verified-

5  Complaint.

6  Dated: *Benny S Juarez*

7  *Sign:* 10-11-17

8  *Print Name:* Benny Gonzalez Juarez

9  **VERIFICATION**

10  I, Benny Gonzalez Juarez, am the Plaintiff in the above-entitled action Verified-

11  Complaint. I have read the Verified-Complaint and Trust and I know the contents

12  thereof. The same is true of my own knowledge, except as to those matters which

13  are therein alleged on information and belief, and as to those matters, I believe it to

14  be true. I declare under penalty of perjury that the foregoing is true and correct and

15  that this declaration was executed this 11Th Day of October/2017, in City of San

16  Bernardino, California.

17

18  Respectfully Submitted;                          All Rights reserved

19                                    By the *Benny S Juarez*

20                                    Benny Gonzalez Juarez, Creditor, Settlor, Donor,

21                                    Grantor, Trustor and Beneficiary

22                                    Date: 10-11-17

23

24

25

26

27

VERIFIED-COMPLAINT & EXPRESS-TRUST

# Memorandum Points and Authorities
## CITIES AND COUNTIES CANNOT ISSUE CITATIONS

**1. California Penal Code, Chapter 5b <u>CITATIONS FOR VIOLATIONS OF COUNTY, CITY OR CITY AND COUNTY ORDINANCES.</u>**

<u>Sections 853.1 through 853.4.</u> Enacted 1955. Repealed 1967. *It has been illegal since 1967 for city or county ordinances to be enforced on private property. County employees are committing <u>domestic terrorism</u> if they issue "citations" for "code violations" on private property. "Repealed" means CANCELLED SINCE 1967. Twelve years of lawsuits between the years 1955 and 1967 clearly established the unconstitutionality of "city and county CITATIONS," so they were ABOLISHED. **Any city or county employee writing one after 1967 is guilty of racketeering,** extortion, and terrorism. The penalty is four years in prison.*

<u>WARRANTS ONLY ISSUED THROUGH THE DISTRICT ATTORNEY</u>

*1.* **<u>California Penal Code Chapter 9</u> CRIMINAL PROFITEERING section 186.2 Definitions:** "(c) "Prosecuting agency" means the Attorney General or the district attorney of any county." *The following CANNOT file charges or prosecute in the name of the People: city attorneys, police officers, code enforcement, other private attorneys, animal control officers, etc. All they can do, is take a complaint from an injured citizen, and turn it over to the district attorney for prosecution. If any of them do violate this procedure, they are guilty of filing a false report, fraud, swindles, racketeering, extortion, and impersonating an officer.*

2. **<u>California Penal Code section 813</u> Issuance of Warrants or Summons; Form and Content of Summons: 1995 Note:** "[A]n arrest warrant shall issue on a complaint if, and only if, the magistrate is satisfied from the complaint that the offense complained of has been committed and that there is

VERIFIED-COMPLAINT & EXPRESS-TRUST

reasonable ground to believe that the person named in the warrant has committed the offense." *Only a **victim** or **injured party** can file a complaint, which can only go through the district attorney's office. Then, it goes through a neutral and detached magistrate, who determines from the reports that the person named in the complaint has* committed *a crime. By law, police officers cannot file charges; they* can only take reports ***from a victim**. By law, dog-catchers are only contracted with the county to get rid of nuisance wildlife and unwanted pets.*

### CITIES & COUNTIES CANNOT LEGISLATE EXCEPT AS TO LANDS THEY OWN

3. **UNITED STATES CONSTITUTION Article 6, Cl.2  Supremacy of Constitution.** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof…shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." *We have three separate branches of government – legislative, administrative, and judicial - set up this way to ensure we would not become a dictatorship. "Dictatorship" means that one branch assumes all control, takes over the other branches, and becomes a "legislator" who makes its own laws, "administrates" to set up its own "court," and "prosecutes" its own laws. Under a "dictatorship," citizens have no rights, and property ownership is eliminated, as the dictatorship assumes regulation and control over all private property. The penalty for conspiring to overthrow the government of the United States is death or life imprisonment.*

4. ***Overton v. Ohio,*** 151 L.Ed 2d 317 (October 16, 2001): "The Fourth Amendment provides that 'no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be

VERIFIED-COMPLAINT & EXPRESS-TRUST

searched, and the persons or things to be seized.' U.S. Const., Amdt. 4. The
probable-cause determination must be made by a neutral magistrate in order 'to
insure that the deliberate, impartial judgment of a judicial officer will be
interposed between the citizen and the police, to assess the weight and
credibility of the information which the complaining officer adduces as
probable cause.' *This case makes it very clear that there shall be NO
"anonymous complaints," and that the duty of the court is to interpose a
"neutral and detached" judicial officer between the complaining party in order
to see if an offense truly has been committed. In California, warrants can only
be issued on a FELONY. And if there is no victim, then there is no crime.*

5. ***Monterey v. Del Monte Dunes***, 526 U.S.___, 143 L Ed 2d 882, 119 S.Ct.___
(1999): "[T]he District Court's jury instructions…directed the jury that (1) it
should find for the landowner if the jury found that (a) the landowner had been
denied all economically viable use of its property, or (b) the city's
decision…did not substantially advance a legitimate public purpose (the jury
awarded the landowner $8 million for the "takings" and $1.45 million for the
city's unlawful acts -no just compensation or providing an adequate post
deprivation

   *People v. Parmar*. 86 Cal.App.4th: __Cal.Rptr.2d — (Jan. 2001)
6. Private agency's contract with the district attorney [for prosecution of
nuisance abatement] was against public policy and void; with respect to
nuisance abatement. Pg. 781: "With respect to nuisance abatement, the district
attorney is subject to greater direction from the county than he or she is in other
respects." Pgs. 796-797: "(7) A motion to disqualify a prosecutor turns on the
necessity for independence and impartiality of the district attorney. A district
attorney must be independent of private influences because our law does not
authorize private prosecutions. *(Eubanks, supra,* at p 588; see Gov. Code, §

VERIFIED-COMPLAINT & EXPRESS-TRUST

100, subd. (b).) 'One of the reasons often cited for the institution of public

prosecutors is that 'Americans believe that an officer in a position of public

trust could make decisions more impartially than could the victims of crimes <u>or</u>

<u>other</u> private complainants,' persons who were often brought prosecutions

under the older-English system of criminal-justice. [Citations] This advantage

of public prosecution is lost if those exercising the discretionary duties of the

district attorney are subject to conflicting personal interests which might tend

to compromise their impartiality. In shod, the prosecuting attorney ~"is the

representative of the public in whom is lodged a discretion'<'~ which is not to

be controlled by the courts, or *by an interested individual..."* ' (Italics added,)

[Citations] *(People v. Superior Court (Greer), supra,* 19 Cal. 3d at p. 267.)

[emphasis added]"

   *Stevens v. Rose,* 298 F.Sd 880 (9th Cm 2002)

7. Pgs. 880~881: 'By its definition, probable cause can only exist in relation to

criminal conduct, and therefore civil disputes can never give rise to probable

cause."

   *Inreffllett* 254 F.3d 1135 (9th Cir. 2001)

8. Pg. 1138: "Since the State cannot authorize its officers to violate federal law,

such officers are 'stripped of [their] official or representative character and

[are] subjected in [their] individual conduct.'" *Ex Parte Young* relief is

available to remedy continuing violations of federal statutory as well as

constitutional law." "[r]emedies designed to end a continuing violation of

federal law are necessary to vindicate the federal interest in assuring the

supremacy of that law." (NOTE: *In* re Ellett was about a bankruptcy

proceeding, but the *principle* is the same—NO state agent or employee has

immunity for violating federal law and unalienable rights.)

Steagald v. United States, 451 U.S. 204,68 L.Ed.2d 38, 101 S.Ct 1642 (1981)

## VERIFIED-COMPLAINT & EXPRESS-TRUST

9. Pg. 1642: "In terms that apply equally to seizures of property and to seizures of persons. Fourth Amendment has drawn firm line at entrance to house, and, absent exigent circumstances, that threshold may not reasonably   be crossed without a warrant." Pg. 1643: Fourth Amendment is designed to prevent, not simply to redress, unlawful police action." "Under common law, attaches to outer door of dwelling, because it is owner's   castle."

*See v. City of Seattle,* 387 U.S. 541d, 18 L,Ed.2d 943,87 S.Ct. 1737 (1967)

10.     Pg. 943: "The Fourth Amendment forbids warrantless inspections of commercial structures as well as of private residences." Pg. 944: "The search of private commercial property, as well as the search of private houses, is presumptively unreasonable if conducted without a warrant." Pg. 945: 'The Fourth Amendment bars prosecution of a person who has refused to permit a fire inspector to inspect his locked warehouse without a warrant."

*Palazzolo v. Rhode Island,* 533 U S ___ 150 L.E.d.26 592. 121 5Cr (2001)

11.  No mailer when land was bought, no matter when city passed ordinance or restriction, the city must reimburse for taking land by restriction not in Deed. There is no expiration date on the takings clause of the Fifth Amendment. Pg. 607: "Our cases establish that even a minimal 'permanent physical occupation of real property requires compensation under the [Takings) Clause."

*Schadv.* Ephraim452U.S.61,68L.Ed.2d671. 101 S.Ct.2176(1981)

12.  Cities and counties cannot Legislate-Lifestyle (NOTE: *Schad* was about prohibiting a nude dancing establishment). Pg. 672: "(1) the presumption of validity that traditionally attends a local government's exercise of its zoning powers carries little, if any, weight where the zoning regulation trenches on rights of expression protected under First Amendment   Pg. 674: "As is true of other ordinances, a zoning law infringing upon a protected liberty must be

VERIFIED-COMPLAINT & EXPRESS-TRUST

narrowly drawn and must further a sufficiently substantial government interest." Pg. 675: "One is not to have the exercise of his liberty of expression in appropriate places, as protected by the First Amendment, abridged on the plea that it may be exercised in some other place."

*Camara v. Municipal Court,* 387 U.S. 523, 18 L.Ed.2d 930, 87 S.Ct. 1727 (1967)

13.   Pg. 930: "... it was held that under the Fourth Amendment the defendant had a constitutional right to insist that the inspectors obtain a warrant to search, and that he may not constitutionally be convicted for refusal to consent to the inspection.'

14. Penal Code-146(a)(b)(c) States;

> PART 1. OF CRIMES AND PUNISHMENTS [25 - 680]
> *( Part 1 enacted 1872. )*

> TITLE 7. OF CRIMES AGAINST PUBLIC JUSTICE [92 - 186.34]
> *( Title 7 enacted 1872. )*

> CHAPTER 7. Other Offenses Against Public Justice [142 - 181]
> *( Chapter 7 enacted 1872. )*

P.C.-146 Every public officer, or person pretending to be a public officer, who, under the pretense or color of any process or other legal authority, does any of the following, without a regular process or other lawful authority, is guilty of a misdemeanor:

(a) Arrests any person or detains that person against his or her will.

(b) Seizes or levies upon any property.

(c) Dispossesses any one of any lands or tenements.

I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct
Copy **Codes and Statues Found un-Constitutional and Void** , hereby is of the
Attachment and by the incorporation as Evidence into the Verified-Complaint and
Express-Trust BENNY GONZALEZ JUAREZ by this reference as (Exhibit-A)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-A

67

*Issue regarding One Subject matter per law, expressed in its title and shall be re–enacted and published at length...*

**Constitution of the State of California 1849**
**Article IV.**

7/10/2015 7:43 P

68    A

*Legislative Department.*

Sec. 25. Every law enacted by the Legislature shall embrace but one object, and that shall be expressed in the title; and no law shall be revised, or amended, by reference to its title; but in such case, the act revised, or section amended shall be re–enacted and published at length.

**Constitution of the State of California 1879
Article IV.**

*Legislative Department.*

Sec. 24 Every Act shall embrace but one subject, which subject shall be expressed in its title. But if any subject shall be embraced in an ~~Act which shall not be expressed in its title,~~ ~~such Act shall be void only as to so much thereof as shall not be expressed in its title.~~ Not law shall be revised or amended by reference to its title; but in such case the Act revised or section amended shall be reenacted, and published at length as revised or amended; and all laws of the State of California, and all official writing, and the executive, legislative, and judicial proceedings shall be conducted, preserved, and published in not other than the English language.

*Lewis v. Dunne* point to 1879 Section 22 of Article I
*SEC. 22. The provisions of this Constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise.*

This statement was not in the 1849 constitution. It

69

directory' *Washington v. Page*, whereas in 1879 it is interpreted as evidently to prevent such construction in the future per *Lewis v. Dunne*.

In conclusion *Lewis v. Dunne* states the act of March 8, 1901 (that created the Cal. Civ. Code, Civ. Code of Procedure, or any other state Code), is unconstitutional, and void for all purposes, and is inoperative to change or in any way affect the law of the state as it stood immediately before the approval of said act.

Which goes on the point out that the unlawful detainer code C.C. 2924 is also unconstitutional and VOID  for all purposes!!! The Penal Code that you are being charged under is likewise VOID for all purposes pursuit to the same legal argument.

███████████

Martial Artist, Fitness Trainer,
Legal Researcher

70

- **Supreme Court of California, In Bank.**

- .

- **134 Cal. 291 (Cal. 1901)**

- .

- **Decided October 10, 1901**

LEWIS v. DUNNE

CHARLOTTE A. LEWIS, ADMINISTRATRIX, ETC., PETITIONER, V. FRANK H. DUNNE, JUDGE OF THE SUPERIOR COURT, ETC., RESPONDENT.

S.F. NO. 2833.

SUPREME COURT OF CALIFORNIA, IN BANK.

OCTOBER 10, 1901.

PETITION FOR WRIT OF *MANDAMUS* TO A JUDGE OF THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO. FRANK H. DUNNE, JUDGE.

THE FACTS ARE STATED IN THE OPINION OF THE COURT.

W.B. Bosley, John S. Drum, J.R. Pringle, Stafford Stafford, and D.C. Deasy, for Petitioner.

John S. Partridge, for Respondent.

A.C. Freeman, George J. Denis, and W.C. Van Fleet, *amici curiae,* also for Respondent.

McFARLAND, J.

This is an original petition here for a writ of *mandamus.* An alternative writ was issued, and upon answer of respondent and argument of counsel the cause was submitted. Whether or not the writ should be made absolute depends upon the constitutionality of a certain act of the legislature approved March 8, 1901. If the act is constitutional, then the writ should be denied; if not, then it should issue. Several other cases involving the same questions have been submitted, and the decision in this case will be determinative of the others.

Petitioner contends that the act in question is void because violative of the following parts of section 24

*71*

expressed in its title. . . . No *292292 law shall be revised or amended by reference to its title; but in such case the act revised or section amended shall be re-enacted and published at length as revised or amended."

The title of the act in question (Stats. 1901, p. 117) is as follows: "An act to revise the Code of Civil Procedure of the state of California, by amending certain sections, repealing others, and adding certain new sections."

The said Code of Civil Procedure was not "re-enacted and published at length as revised."

The first impression made upon the ordinary mind by a comparison of these constitutional provisions with the title and body of the act is, that in the latter there is a clear failure to comply with the former. It seems as though the mind of either layman or lawyer might accept with safety the construction which, at first blush at least, is so obvious, and we do not think that the reasoning of counsel for respondent, or authorities cited, overcome this obvious view, or rightly lead to an opposite conclusion.

1. Petitioner contends that both the title and the body of the act show that it was intended to be, and is, a revision of the code, and that therefore it is invalid, because the law revised was not "re-enacted and published at length as revised"; and we see no sufficient answer to this contention. It is said that the title does not express a revision, because the language used is, "to revise, *by* amending certain sections, repealing others, and adding certain new sections." But how could there be a revision of a sectioned code in any way other than by amending and repealing sections and adding new ones? With respect to this phase of the case, the words, "by amending," etc., are mere surplusage; the title would be substantially the same if the words "to revise" stood alone. And when we look at the body of the act we see clearly that it is a revision. It covers one hundred and fifty pages of the published statutes of 1901; it amends over four hundred sections; it repeals nearly one hundred sections; it changes the numbers of other sections; it adds a great many new sections; and it contains this clause, "Certain title and chapter headings of the said Code of Civil Procedure are hereby inserted, changed, and amended, as hereinafter provided," and then follow several pages of insertions, changes, and amendments of such headings. If this is not a revision, then it would be difficult to state what would constitute a revision. Moreover, prior legislation on the subject shows that the act *293293 in question was the natural result of a purpose to revise. The preamble to the act states that by a certain act a commission had been appointed "for the revision and reforming of the law," and, among other things, "of the Code of Civil Procedure"; and it recites "That whereas said commission did theretofore, in pursuance of said act, file with the secretary of state a report recommending, among other things, *a revision* of the Code of Civil Procedure; now, therefore, in view of said recommendation, for the *purpose of revising* said code, the people of the state . . . do enact as follows." In view of all these considerations, we are forced to the conclusion that the act is a revision, and void for want of re-enactment and publication at large of the revised law, as contended by petitioner.

2. But if the invalidity of the act for the reason above given could by any recondite, indirect, and abstruse reasoning be explained away, it is just as clear that the act is void for want of compliance with the other constitutional provisions, that "every act shall have but one subject, which subject shall be

expressed in its title." It is apparent that the language of the title of the act in question, in and of itself, expresses no subject whatever. No one could tell from the title alone what subject of legislation was dealt with in the body of the act; such subject, so far as the title of the act informs us, might have been entirely different from anything to be found in the act itself. This, of course, would be admitted, except for the claim that although the title does not, as an independent instrument, express any subject, yet it does so by "reference."

It may be conceded that where the title of an act clearly expresses a definite subject, then the title of an act amendatory thereof may be helped out by reference to the title of the original act, — the title of the original act, which does express a subject, being incorporated into and published as part of the title of the amendatory act. But, in the case at bar, how does the reference in the title help its failure to otherwise express the subject? The reference is, really, not to the title of any former act; it is merely to "the Code of Civil Procedure of the state of California." Now, what is the Code of Civil Procedure? It is merely a name given to a large part of the general laws of the state. The part of the great body of our laws which is to be found under that name is not confined to any particular subject or subjects, but includes substantive law, criminal law, and legislation, that *294294 might be properly classed under any category whatever, — as well as "civil procedure." Nearly all of our general laws are arranged, for convenience, under four main headings, or names, — to wit, the Civil Code, the Code of Civil Procedure, the Penal Code, and the Political Code, — but no one of these codes is complete in itself; legislation under either code is inseparably interwoven with legislation under the others; and legislation upon any imaginable subject would not be held invalid because found in any particular code. In *Enos v. Snyder*, 131 Cal. 68, [1] it was contended that a certain provision of law did not affect rights involved in a civil proceeding, because found in the Penal Code, but this court said: "The position is not tenable. We have here a code system which is, for convenience and partial classification, divided into four codes, to each of which a name is given; but they are inseparably interwoven, and no one of them is complete in itself, or absolutely confined to a particular subject. Therefore, clear enactments of substantive law establishing rights — like section 294 — are not to be held inoperative because found in any particular code." It was also said in that case — touching the provision in the Penal Code for the recovery of certain expenses in a civil action, — "It would hardly be contended that the provision about liability in a `civil action' is inoperative because found in the Penal Code." How, then, can it be rightly said that a mere reference in the title of an act to the Code of Civil Procedure — or to any other code — expresses any subject? If so, what subject? If the reference had been merely to "civil procedure" — if it had been "an act concerning civil procedure," — it is doubtful if it would have been in accordance with the clear intent of the constitution as to *one subject*. There is no definition, in our laws, of "Procedure," nor can any satisfactory definition of it be found in the general authorities. For instance, some authorities hold that the law of evidence is part of the law of procedure, and others that it is not; and assuming that the former authorities are correct, could it be safely said that "pleading" — which is certainly a part of procedure — and "evidence" are not two different subjects, within the meaning of the constitution? In all the books of the law, pleading and evidence are uniformly treated as two entirely distinct subjects. But, as before stated, the title merely refers to one of our codes, and, considering *295295 the multifarious character of the codes, it expresses no subject whatever. It does not even refer to a single section which is to be amended or repealed; and as to the "new sections," it does not give the slightest

intimation as to what they are to contain, or what subject they are to deal with. And, according to respondent's contention these new sections need not deal with anything formerly in the code; in addition to being new sections, they could include new subjects. When we look into the body of the act, we see that it deals with a vast variety of subjects, many of which are totally distinct from each other; and many of them have no relation to civil procedure, while others are partly procedure and partly substantive law — declarations as to personal and property rights. And as the body of the act embraces more than one subject, it is for that reason invalid; for there is no field here for the play of the principle that a provision, the subject of which is expressed in the title, may be good, although another, not so expressed, be bad, where the two are not inseparably connected; because it would be vain to inquire which of several subjects is expressed in a title which expresses no subject whatever.

1.

82 Am. St. Rep. 330.

We cannot agree with the contention of some of respondent's counsel — apparently to some extent countenanced by a few authorities — that the provision of the constitution in question can be entirely avoided by the simple device of putting into the title of an act words which denote a subject "broad" enough to cover everything. Under that view the title, "An act concerning the laws of the state," would be good, and the convention and people who framed and adopted the constitution would be convicted of the folly of elaborately constructing a grave constitutional limitation of legislative power upon a most important subject, which the legislature could at once circumvent by a mere verbal trick. The word "subject" is used in the constitution in its ordinary sense; and when it says that an act shall embrace but "one subject," it necessarily implies — what everybody knows — that there are numerous subjects of legislation, and declares that only one of these subjects shall be embraced in any one act. All subjects cannot be conjured into one subject by the mere magic of a word in a title. As to this point, the supreme court of New Jersey, in *Rader v. Township of Union*, 39 N.J.L. 515, well says: "It is true that it may be difficult to indicate by a formula how specialized *296296 the title of a statute must be but it is not difficult to conclude that it must mean something in the way of being a notice of what is doing. Unless it does this, it can answer no useful end. It is not enough that it embraces the legislative purpose — it must express it; and where the title is too general, it will accomplish the former, but not the latter. Thus a law entitled `An act for a certain purpose' would embrace any subject, but would express none; and consequently it would not stand the constitutional test." There is a good deal of discussion, in the briefs, of the supposed reasons for the constitutional provision in question — the evils which it was intended to remedy, etc. — but whatever considerations led up to its adoption, it is clear that its direct and immediate purpose was, that the title should, on its face, give at least some sort of information as to what the proposed act was about. This the title in question does not do.

We do not deem it necessary to notice in detail the authorities cited by counsel. As to those from other jurisdictions cited by counsel for respondent, it is to be observed that they were decided under state constitutions in which there was no such provision as that contained in section 22 of article I of the present constitution of California adopted in 1879 — namely, "The provisions of this constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise." The

constitution of this state of 1849 had a provision as to the title and subject of acts similar to said section 24 of article IV, but from an early date it was construed to be merely directory *(Washington v. Page,* 4 Cal. 388); and the purpose of said section 22 of article I was evidently to prevent such construction in the future. The declaration that all the provisions of the constitution are mandatory and prohibitory "applies to all sections alike." *(Ewing v. Oroville Mining Co.,* 56 Cal. 654, 655.) The distinction between a constitution which contains this provision and those which do not is noticed by Mr. Justice Ross, in delivering the opinion of the court in *Earle v. San Francisco Board of Education,* 55 Cal. 491. After referring to the contention that the question there involved had been decided in a certain way in other states, he says: "It is true that it has been so decided, but under constitutions not containing a declaration that its provisions are 'mandatory and prohibitory, unless by express words they are declared to be otherwise,' as does the present constitution of this state." And in connection with the claim *297297 that the section of the constitution involved in this case should be liberally construed — and it certainly should be construed with reasonable liberality — it is well to quote these other words of the opinion in the same case: "To maintain the constitution as it is, is out first duty, and whenever it is encroached upon, we are bound to maintain its supremacy." In many of the state constitutions the clause concerning the title and subject of statutes differs materially from section 24 of article IV of our constitution. And in most of the cases cited by respondent from other states the title sustained referred, at least, to one subject, although the subject was somewhat general. The most extreme cases were those where the title was to establish a particular kind of code relating to one general subject — as, for instance, "An act to establish a probate code." Whether or not an act "to establish a code of civil procedure" — and confined in its body to civil procedure alone — could be validly passed under our present constitution, is a question not here before us. The question in the case at bar is, whether or not the title of an act passed under the present constitution, which merely refers to a part of the body of the general laws of the state, that is not confined to any subject, whatever, expresses the subject of the proposed act, within the meaning of the constitution.

But the authorities in other states, and under constitutions which do not contain the mandatory and prohibitory provisions, are not, by any means, uniform on this question. For instance, in *People v. Hills,* 35 N.Y. 449, the question was, whether the title, "An act to amend chapter 389 of the laws of 1851," was valid, under a constitutional provision that no private or local bill "shall embrace more than one subject, and that shall be expressed in the title," and it was held that it was not. The court said: "The provision of the constitution of this state in reference to this matter is very plain and simple, and easily understood." The "chapter" mentioned in the title contained 293 sections, and the body of the act showed that its purpose was to make an important amendment to section 290, and the court said: "The act under consideration does not indicate from its title what particular part of the section of the act of 1851 is amended, or any reference or indication of the subject-matter of the amendment." The court further said: "The next inquiry is, Is the substance of this act expressed in the title thereof? The statement of the question, *298298 and a reference to the title, provide a conclusive answer. . . . From its title it might as well be supposed to refer to any one of the numerous topics embraced in the 293 sections of chapter 389 of the laws of 1851, as to the matter covered by the 290th section of that act. . . To sanction such a procedure would be to override and nullify a plain, clear, and mandatory provision of the constitution." And then follows language quoted from a former opinion, as follows: "Nothing can be

75

more dangerous to our free institutions, or to the rights of the people, than to encourage doubtful interpretation of the constitution, contrary to its more plain and natural import, as understood by the great body of the people. . . . It is very clear, to my mind, that the subject of this act is not expressed in its title, and it must therefore fall under the condemnation of this section of the constitution." (See also *People v. Supervisors,* 43 N.Y. 10; *People v. Denahy,* 20 Mich. 347; *Davis v. Fulton,* 21 Ga. 69; *Brooks v. People,* 14 Col. 413; *Rader v. Township of Union,* 39 N.J.L. 516; *Tingue v. Village of Port Chester,* 101 N.Y. 303; *Trumble v. Trumble,* 37 Neb. 341; *State v. Scholl,* 58 Kan. 507; *State v. Mitchell,* 17 Mont. 67; *Kedzie v. Ewington,* 54 Minn. 117.)

The decisions in California on this subject are not directly determinative of the question presented in the case at bar. The sufficiency of such a title as is here involved has never been presented to this court. *People v. Parvin,* 74 Cal. 549, is the only case here that can be at all insisted upon as supporting the respondent's contention. The title under consideration there was this: "An act to amend section 3481 of the Political Code." It referred to one single section, and named it. The almost universal custom of the legislature, in the numerous amendments which it has made to the codes, has been to put into the title of the amendatory act, after the number of the section, additional words expressing the subject of the act — as, for instance, "relating to the writ of prohibition," "relating to the lien of mechanics and others," etc. In a very few instances — not more than two or three having been called to our attention — the additional explanatory words have been omitted, and one of these was involved in *People v. Parvin,* 74 Cal. 549. A bare majority of the court — two justices dissenting and one not participating — held that the title was sufficient; but if we accept the decision as sound, it goes no further than to hold that the title of an act amending a single section *299299 of a code is sufficient, if it directly refers to the section and designates it by its number. It is not an authority for the sufficiency of such a title as is here involved, which refers to no section whatever, and it cannot be considered as determinative of the question involved here, which was not before the court in the facts of that case. On the other hand, in the opinions rendered in the following cases, although the cases themselves are not directly in point, the reasoning by which certain titles were held to be bad, and others good, points to the insufficiency of the title involved in the case at bar: *People v. Parks,* 58 Cal. 624; *Ex parte Liddell,* 93 Cal. 638; *Hellman v. Shoulters,* 114 Cal. 136; *People v. Mullender,* 132 Cal. 217.

Complaint is made that the rule as above stated would put the legislature to great inconvenience when it desired to make a great many amendments or indulge in a great deal of legislation at one session or at one time. That consideration could not, under any circumstances, destroy a constitutional provision. But — without impugning the wisdom of any provision of the act before us — it is quite apparent that the very purpose of the constitutional provision in question is to prevent the evils which might come from hasty, inconsiderate, or wholesale legislation. Statutes which cannot be enacted in the manner prescribed by the constitution should not be attempted. A scarcity of statutory laws, and want of facility for passing them, are not among the evils of the times.

Our conclusion is that, for the reasons above stated, the said act of March 8, 1901, is unconstitutional, and void for all purposes, and is inoperative to change or in any way affect the law of the state as it stood immediately before the approval of said act.

Let the alternative writ be made absolute.

Henshaw, J., Van Dyke, J., Temple, J., Harrison, J., and Garoutte, J., concurred.


BEATTY C.J., concurring.

I concur in the judgment, on the ground first discussed in the opinion of Justice McFarland. The act of 1901 is certainly a revision of the Code of Civil Procedure, and, as such, required to be re-enacted and republished at length, in order to satisfy the mandate of the constitution, but, in my opinion, it does not embrace more than one subject, and that subject is clearly expressed in its title. *300300

The rules of procedure in civil cases constitute but a single and well-defined subject, and our present code, as adopted in 1872, with its subsequent amendments, embraces but few provisions not strictly germane to that subject. If it had been enacted since the adoption of our present constitution, it would have been entirely valid, except as to those few provisions. But it was valid in all particulars at the time of its enactment, and was not invalidated by the adoption of the new constitution, even as to such of its provisions as did not relate to the procedure in civil cases. The code itself therefore became and remains a subject, and a single subject, of legislation. An act to amend it or revise it deals with a single subject, and the title of such an act expresses the subject when it announces the purpose of the legislature to amend or revise the code. The authorities cited in the briefs of counsel fully sustain the proposition that an act entitled an act to amend any valid existing statute described by its title is sufficiently descriptive of the subject, and of the whole subject, embraced in such statute.

But conceding that an act to revise or amend our existing code would be invalid as to any particular provisions not germane to the subject of procedure in civil cases, the act would be in other respects free from objection; and no provisions of the act of 1901 have been called to our attention which deal with other subjects, and certainly the particular provision here in question does not.

For these reasons, thus briefly indicated, I dissent from the views of the court respecting the second objection to the act.

Rehearing denied.

## JUDICIAL SUMMARIES (1)

- "[D]eclaring an act unconstitutional, the California Supreme Court further explained that it was "void for all purposes, and is inoperative to change or in any way affect the law of the state as it stood immediately before the approval of said act"" LEVINE v. FAIR POLITICAL PRACTICES COM'N, 222 F.Supp.2d 1182 (E.D. Cal. 2002)

I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct
Copy **House Joint Resolution-192**, hereby is of the Attachment and by the
incorporation as Evidence into the Verified-Complaint and Express-Trust BENNY
GONZALEZ JUAREZ by this reference as (Exhibit-B)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-B

78

June 5, 1933 [H.J.Res. 192]

To assure uniform value to the coins and currencies of the United States.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and

Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision in contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the Untied States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (included Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

79

β

I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct Copy **63C Am.Jur.2d Public-Officers and Employees § 247**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust BENNY GONZALEZ JUAREZ by this reference as (Exhibit-C)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-C

## 63C Am.Jur.2d, Public Officers and Employees, §247

"As expressed otherwise, the powers delegated to a **public officer are held in trust for the people** and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.

(1) Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

(2) That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

(3) And owes a fiduciary duty to the public.

(4) It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

(5) Furthermore, it has been stated that any enterprise undertaken by the public official which tends to weaken public confidence and undermine the sense of security for individual rights is against public policy."

I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct Copy **Complaints filed in Superior Court**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust BENNY GONZALEZ JUAREZ by this reference as (Exhibit-D)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-D

**The Bankruptcy of The United States**
*United States Congressional Record, March 17, 1993 Vol. 33, page H-1303*

Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11.. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?'

Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin.

83

D

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country?

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). when ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

84

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

 Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another.

This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt.

Why don't more people own their properties outright?

Why are 90% of Americans mortgaged to the hilt and have little or no assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less?

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and the tyranny to enforce paying it.



America has become completely bankrupt in world leadership, financial credit and its
reputation for courage, vision and human rights. This is an undeclared economic war,
bankruptcy, and economic slavery of the most corrupt order! Wake up America! Take
back your Country."

86



I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct
Copy, **AdministrativeCivil Penalty**, hereby is of the Attachment and by the
incorporation as Evidence into the Verified-Complaint and Express-Trust BENNY
GONZALEZ JUAREZ by this reference as (Exhibit-E)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-E

*87*

SAN BERNARDINO POLICE DEPARTMENT
COMMUNITY POLICING SPECIALISTS

710 North "D" Street • San Bernardino • CA 92401
(909) 384-5742
Fax: (909) 388-4902
www.sbcity.org
Office Hours: Monday - Thursday 7:30am to 5:00pm

# ADMINISTRATIVE CIVIL PENALTY
## NOTICE AND ORDER

**Issue Date:**     September 7, 2017
**Time of Citation:** 14:49

BENNY G JUAREZ
937 N MTN VIEW AVE
SAN BERNARDINO, CA 92410

| | |
|---|---|
| CPS-ACP No: | CP-17-000158 |
| RE: | 933 N MOUNTAIN VIEW AVE |
| APN: | 0140-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 CDBG: Yes |
| Officer: | M. Varela |

**Responsible Party:**
JUAREZ, HENRRY GONZALEZ          **Drivers License:**          **Date of Birth:**

An inspection of the above property was conducted on August 31, 2017. This Administrative Civil Penalty was issued according to the following factors pursuant to SBMC 9.93.040:

X 1. Duration          X 3. Seriousness          X 5. History                    X 7. Economic Impact
X 2. Frequency        X 4. Misdemeanor         6. Good faith effort to comply   X 8. Impact on Community

**Date Penalties Begin to Accrue: 09/07/2017**

## Amount of Administrative Civil Penalty: $ 500.00 per day

**Continuous Violation: The Responsible Party shall cease and desist from further action that causes or allows the violation(s) and commence and complete all action(s) to correct the outstanding violations under the guidance of the Code Enforcement Division, or other appropriate City Department(s). Penalties will continue to accrue until all violations are corrected.**

During that inspection, the following violation(s) were observed:

| Code Section | Non-Compliance/Notice of Corrective Action Required |
|---|---|
| SBMC § 15.16.126<br><br>Address Number Required | MISSING ADDRESS NUMBERS/LETTERS NEED TO BE REPLACED (PLEASE READ BELOW).<br><br>Section 505.1 of the California Fire Code is amended to read as follows: Section 505.1 Address Identification. New and existing buildings shall have approved address numbers, building numbers, or approved building identification placed in a position that is plainly legible and visible from the street or road fronting the property. These numbers shall contrast with their background. Address numbers shall be Arabic numbers or alphabetical letters. Numbers shall be a minimum of 6" high if the building is 100 lineal feet or less on the street elevation. If greater than 100 lineal feet, numbers shall be a minimum of 12" high. The minimum stroke width shall be 0.5 inch. Where access is by |

*BB*

E

| | means of a private road and the building cannot be viewed from the public way, a monument, pole, or other sign or means shall be used to identify the structure. In addition, all fire department PIV's, FDC's, OS& Y's, etc., shall have a permanent address sign identifying the building or fire system that it serves. |
|---|---|
| SBMC § 15.24.040A3 Weeds, Dry Brush and Overgrown Vegetation | TRIM TREES AWAY FROM BUILDING.<br><br>REMOVE AND MAINTAIN PROPERTY FREE OF WEEDS, DRY BRUSH AND OVERGROWN VEGETATION.<br><br>Property shall be free of overgrown or dead vegetation, including, but not limited to weeds, trees or limbs, bushes and other planted vegetation. Weeds include sage brush, dry grass, chaparral, and any other brush or vegetation which attains extensive growth and becomes a fire menace when dry. |
| SBMC § 15.24.040A4<br><br>Trash, Debris and Improper Storage | REMOVE AND MAINTAIN PROPERTY FREE OF TRASH, DEBRIS AND IMPROPER STORAGE.<br><br>Property shall be free of trash, litter, debris, packing boxes, lumber, junk, salvage materials (except where otherwise permitted by this code), broken or inoperative furniture, appliances, machinery, equipment, any furniture (except for furniture specifically designed for outdoor use) including, but not limited to furniture on porches, balconies, sun decks and in front yards, and any other improperly stored personal property causing an unsightly appearance. |
| SBMC § 15.24.040A5<br><br>Vehicle on Unimproved Surface | REMOVE ALL VEHICLES FROM UNIMPROVED SURFACES.<br><br>All operable vehicles and recreational vehicles shall be parked or stored in designated, screened areas, a garage, carport or on an improved surface. None of the above shall be occupied. – "Recreational vehicle" means any vehicles towed or self-propelled on its own chassis or attached to the chassis of another vehicle and designed or used for recreational or sporting purposes or exclusively for hauling property. The term "recreational vehicle" includes, but is not limited to motor homes, fifth-wheels, campers, camp trailers, trailers, boats, watercraft, and all terrain vehicles - |
| SBMC § 15.24.040A6<br><br>Inoperable and Abandoned Vehicles | REMOVE AND MAINTAIN PROPERTY FREE OF UNREGISTERED, ABANDONED, AND INOPERABLE VEHICLES.<br><br>Property shall be free of inoperable or abandoned vehicles and parts of vehicles unless they are safely stored in a garage or other enclosed storage area. Licensed automobile dismantlers or vehicle dealers shall be exempt from this requirement. - "Inoperable or Abandoned Vehicle" means any vehicle, operative or inoperative that is: (a) mechanically incapable of being driven; or (b) prohibited from being operated on a public street or highway pursuant to the provisions of the California Vehicle Code concerning license plates, registration, equipment, safety and related matters; or (c) has been left by the owner or responsible person for over seventy-two hours and has indicia of being inoperable, including but not limited to, flat or deflated tires, cobwebs, and accumulated dirt, trash or debris in and on the vehicle; or (d) wrecked and/or dismantled. |
| SBMC § 8.24.170(D) Placement of Refuse Containers | ALL GARBAGE, RECYCLABLE DISCARDS, AND GREEN WASTE RECEPTACLES MUST BE OUT OF SIGHT FROM ANY PUBLIC RIGHT-OF-WAY.<br><br>Except on days established for collection, all garbage, rubbish, recyclable discards, and green waste receptacles shall be placed out of sight from any public right-of-way. - Move all trash receptacles out of public view. |
| IPMC § 304.6<br><br>Exterior walls | REPAIR ALL AREAS WHERE THERE IS STUCCO DAMAGE AND PAINT IS PEELING OR CHIPPING AWAY.<br><br>All exterior walls shall be free from holes, breaks, and loose or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration. |

| IPMC § 304.13

Window, skylight and door frames | REPLACE/REPAIR ALL CRACKED OR BROKEN WINDOWS. THERE ARE THREE BROKEN WINDOWS FROM UNIT 937A AND ONE WINDOW BROKEN FROM UNIT 933.

ALL WINDOWS MUST BE WEATHER TIGHT.

Every window, skylight, door and frame shall be kept in sound condition, good repair and weather tight.

304.13.1 Glazing. All glazing materials shall be maintained free from cracks and holes.

304.13.2 Openable windows. Every window, other than a fixed window, shall be easily openable and capable of being held in position by window hardware. |
|---|---|
| IPMC § 605.4 Electrical Equipment - Wiring | REMOVE EXTENSION CORD CONNECTED TO LIGHT BULB BEHIND 937 A.

Flexible cords shall not be used for permanent wiring, or for running through doors, windows, or cabinets or concealed within walls, floors, or ceilings. |
| SBMC § 15.24.040A14

Fencing | REMOVE ALL NON-FENCING MATERIAL.

REPAIR/REPLACE DAMAGED FENCING.

All fencing shall be constructed in compliance with the Development Code and other applicable laws with acceptable fencing materials such as wood, vinyl, masonry or wrought iron. – Chain link is not permitted in front set-backs, please contact Building & Safety (909) 384-5071 for permitting information. |
| SBMC § 5.04.005

Business Registration Required | CURRENT BUSINESS REGISTRATION REQUIRED.

It is unlawful for any person… to commence or carry on any business, show, exhibition or game, … without first having procured a registration certificate from the City and without complying with any and all regulations of such business, show, exhibition or game… shall constitute a separate violation of this Article for each and every day that such business, show, exhibition or game is so carried on. – Please contact the Building & Safety Department at (909) 384-5071 for information on specific requirements. For business registration information call Business Registration at (909) 384-5302. |
| IPMC § 605.1 Electrical Equipment - Installation | 937 B - REPAIR/REPLACE CEILING FAN HANGING BY THE WIRES.

All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner. |
| IPMC § 605.2 Electrical Equipment - Receptacles | REPLACE ALL MISSING OR BROKEN RECEPTACLE OUTLET/SWITCH FACEPLATE COVERS.

Every habitable space in a dwelling shall contain at least two separate and remote receptacle outlets. Every laundry area shall contain at least one grounding-type receptacle or a receptacle with a ground fault circuit interrupter. Every bathroom shall contain at least one receptacle. Any new bathroom receptacle order shall have ground fault circuit interrupter protection. All receptacle outlets shall have the appropriate faceplate cover for the location. |

EXPLANATION OF CONSEQUENCES

City of San Bernardino Municipal Code chapter 9.93 provides for the assessment of Administrative Civil Penalties for Municipal Code Violations. Administrative Civil Penalties for violations of a provision of the Municipal Code shall be assessed at a daily rate determined by the Enforcement Officer, or by the Administrative Law Officer pursuant to the criteria listed in section 9.93.040. The maximum rate shall not exceed $100,000 per parcel or structure for any related series of violations. **The Responsible Party has the burden of notifying the City Attorney's Office at (909) 384-5355 once all violations have been corrected in order to stop the daily accrual of penalties.**

Administrative Civil Penalties can be issued in addition to criminal citations, administrative citations, or any other civil action. Issuance of one type of enforcement action does not preclude the use of any other enforcement provided for under the San Bernardino Municipal Code.

**Right to a Hearing:**

An Administrative Hearing will be scheduled when the Responsible Party requests a hearing within 15-days from the date of the Notice and Order, or if the Responsible Party fails to comply with the terms of the Administrative Civil Penalties. Failure to comply includes failure to pay the assessed Administrative Civil Penalties within 15-days, failure to commence and complete corrections by the established deadlines or failure to refrain from continuing violations of the Municipal Code.

Requests for a Hearing must be made in writing to the City Clerk, 215 North D Street, 3rd Floor, San Bernardino, CA 92401. Please include a copy of the Notice and Order with your request.

**How to Pay Penalty:**

The amount of the penalty is indicated on the front of this Notice and Order. Payment may be made in person or by mail to:

**City Attorney's Office**
**290 North D St, 3rd Floor**
**San Bernardino, CA 92401**
(909) 384-5355

Payment should be made by personal check, cashier's check, or money order, payable to the City of San Bernardino. Be sure to write the citation number **CP-17-000158** on the check or money order, and enclose a copy of the Notice and Order.

91



**POLICE DEPARTMENT**
Community Policing
P.O. Box 1559
San Bernardino, CA 92402-1559
MV- ACP- CE 17-6697

7015 3010 0000 9083 7486





ADD 6.19

Notice
9-14-17

BENNY G. JUAREZ
937 N. MOUNTAIN VIEW AVE
SAN BERNARDINO, CA- 92410



92410-361937

92



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 2460 6249 6317 84

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**POLICE DEPARTMENT**
**COMMUNITY POLICING**
**PO BOX 1559**
**SAN BERNARDINO, CA 92402-1559**

93

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CE-17-66097
933 N. MOUNTAIN VIEW (MU) 9-HT-AL

BENNY G. JUAREZ
937 N. MOUNTAIN VIEW AVE
SAN BERNARDINO, CA 92410

9590 9402 2460 6249 6317 84

2. Article Number *(Transfer from service label)*

7015 3010 0000 9083 7486

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
BEN JUAR

C. Date of Delivery
5-17-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

I, Benny Gonzalez Juarez, Grantor hereby certify that this is a True and Correct Copy **Nom De Guerre Name, Misnomer**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust BENNY GONZALEZ JUAREZ by this reference as (Exhibit-F)

:Benny Gonzalez Juarez, Grantor October/12/2017

# EXHIBIT-F

96

SAN BERNARDINO POLICE DEPARTMENT
**COMMUNITY POLICING SPECIALISTS**



**710 North "D" Street ● San Bernardino ● CA 92401**
**(909) 384-5742**
**Fax: (909) 388-4902**
**www.sbcity.org**
**Office Hours: Monday - Thursday 7:30am to 5:00pm**

# NOTICE OF VIOLATION

**Date:  June 26, 2017**

| | |
|---|---|
| **POSTING COPY** | **RE:**    **933 N MOUNTAIN VIEW AVE** |
| **933 N MOUNTAIN VIEW AVE** | **APN:**    0140-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  CDBG: Yes |
| **SAN BERNARDINO, CA 92410** | **Case No:**  CE-17-6697 |
| | **Officer:**  M. Varela |

**To Whom It May Concern:**

As you may be aware, an inspection of the above property was conducted on **June 13, 2017**. In an effort to improve and restore the community, the City of San Bernardino is actively enforcing the San Bernardino Municipal and Development Codes. According to available records, you are listed as an owner or other interested party regarding this property. This Notice of Violation is submitted to you, requesting your cooperation in correcting the violations below.

The following violations were observed during the property inspection, it is necessary to perform the corrective action(s) before the Compliance Date. Another inspection will be conducted on or immediately after the compliance date to verify compliance.

| Code Section | Corrective Action | Compliance Date |
|---|---|---|
| SBMC § 15.16.126<br><br>Address Number Required | MISSING ADDRESS NUMBERS NEED TO BE REPLACED (PLEASE READ BELOW).<br><br>Section 505.1 of the California Fire Code is amended to read as follows: Section 505.1 Address Identification. New and existing buildings shall have approved address numbers, building numbers, or approved building identification placed in a position that is plainly legible and visible from the street or road fronting the property. These numbers shall contrast with their background. Address numbers shall be Arabic numbers or alphabetical letters. Numbers shall be a minimum of 6" high if the building is 100 lineal feet or less on the street elevation. If greater than 100 lineal feet, numbers shall be a minimum of 12" high. The minimum stroke width shall be 0.5 inch. Where access is by means of a private road and the building cannot be viewed from the public way, a monument, pole, or other sign or means shall be used to identify the structure. In addition, all fire department PIV's, FDC's, OS& Y's, etc., shall have a permanent address sign identifying the building or fire system that it serves. | 07/10/2017 |
| SBMC § 15.24.040A3 Weeds, Dry Brush and Overgrown Vegetation | TRIM TREES AWAY FROM BUILDING.<br><br>REMOVE AND MAINTAIN PROPERTY FREE OF WEEDS, DRY BRUSH AND OVERGROWN VEGETATION.<br><br>Property shall be free of overgrown or dead vegetation, including, but not limited to weeds, trees or limbs, bushes and other planted vegetation. Weeds include sage brush, dry grass, chaparral, and any | 07/10/2017 |

(POSTING) 97    F

| | WINDOWS. | |
|---|---|---|
| Window, skylight and door frames | REPAIR ALL AREAS WITH DAMAGED GLAZING. | |
| | ALL WINDOWS MUST BE WEATHER TIGHT. | |
| | Every window, skylight, door and frame shall be kept in sound condition, good repair and weather tight. | |
| | 304.13.1 Glazing. All glazing materials shall be maintained free from cracks and holes. | |
| | 304.13.2 Openable windows. Every window, other than a fixed window, shall be easily openable and capable of being held in position by window hardware. | |
| IPMC § 605.4 Electrical Equipment - Wiring | REMOVE EXTENSION CORDS THAT ARE RUNNING THROUGH WINDOWS. | 07/10/2017 |
| | Flexible cords shall not be used for permanent wiring, or for running through doors, windows, or cabinets or concealed within walls, floors, or ceilings. | |
| IPMC § 603.1 Mechanical appliances | ALL A/C UNITS MUST BE INSTALLED PROPERLY TO BE SAFE. | 07/10/2017 |
| | All mechanical appliances, fireplaces, solid fuel-burning appliances, cooking appliances and water heating appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. | |
| SBMC § 15.24.040A14 Fencing | REMOVE ALL NON-FENCING MATERIAL. | 07/10/2017 |
| | REPAIR/REPLACE DAMAGED FENCING. | |
| | All fencing shall be constructed in compliance with the Development Code and other applicable laws with acceptable fencing materials such as wood, vinyl, masonry or wrought iron. – Chain link is not permitted in front set-backs, please contact Building & Safety at (909) 384-5071 for permitting information. | |
| SBMC § 5.04.005 Business Registration Required | CURRENT BUSINESS REGISTRATION REQUIRED. | 07/10/2017 |
| | It is unlawful for any person… to commence or carry on any business, show, exhibition or game, … without first having procured a registration certificate from the City and without complying with any and all regulations of such business, show, exhibition or game… shall constitute a separate violation of this Article for each and every day that such business, show, exhibition or game is so carried on. – Please contact the Building & Safety Department at (909) 384-5071 for information on specific requirements. For business registration information call Business Registration at (909) 384-5302. | |

Failure to correct the violations above may result in an **Administrative Civil Penalty being issued for up to $1,000.00 per violation/per day**; criminal prosecution, the issuance of a Misdemeanor Citation, Administrative Citations, and/or other legal action including Abatement Proceedings being taken to ensure compliance with the applicable codes. If the City is forced to proceed with abatement proceedings, the owner(s) of record may incur direct costs plus a 40% administrative fee. Any unpaid fines and/or costs will be placed as a lien upon the property.

| | other brush or vegetation which attains extensive growth and becomes a fire menace when dry. | |
|---|---|---|
| SBMC § 15.24.040A4<br><br>Trash, Debris and Improper Storage | REMOVE AND MAINTAIN PROPERTY FREE OF TRASH, DEBRIS AND IMPROPER STORAGE.<br><br>Property shall be free of trash, litter, debris, packing boxes, lumber, junk, salvage materials (except where otherwise permitted by this code), broken or inoperative furniture, appliances, machinery, equipment, any furniture (except for furniture specifically designed for outdoor use) including, but not limited to furniture on porches, balconies, sun decks and in front yards, and any other improperly stored personal property causing an unsightly appearance. | 07/10/2017 |
| SBMC § 15.24.040A5<br><br>Vehicle on Unimproved Surface | REMOVE ALL VEHICLES FROM UNIMPROVED SURFACES.<br><br>All operable vehicles and recreational vehicles shall be parked or stored in designated, screened areas, a garage, carport or on an improved surface. None of the above shall be occupied. – "Recreational vehicle" means any vehicles towed or self-propelled on its own chassis or attached to the chassis of another vehicle and designed or used for recreational or sporting purposes or exclusively for hauling property. The term "recreational vehicle" includes, but is not limited to motor homes, fifth-wheels, campers, camp trailers, trailers, boats, watercraft, and all terrain vehicles - | 07/10/2017 |
| SBMC § 15.24.040A6<br><br>Inoperable and Abandoned Vehicles | REMOVE AND MAINTAIN PROPERTY FREE OF UNREGISTERED, ABANDONED, AND INOPERABLE VEHICLES.<br><br>Property shall be free of inoperable or abandoned vehicles and parts of vehicles unless they are safely stored in a garage or other enclosed storage area. Licensed automobile dismantlers or vehicle dealers shall be exempt from this requirement. - "Inoperable or Abandoned Vehicle" means any vehicle, operative or inoperative that is: (a) mechanically incapable of being driven; or (b) prohibited from being operated on a public street or highway pursuant to the provisions of the California Vehicle Code concerning license plates, registration, equipment, safety and related matters; or (c) has been left by the owner or responsible person for over seventy-two hours and has indicia of being inoperable, including but not limited to, flat or deflated tires, cobwebs, and accumulated dirt, trash or debris in and on the vehicle; or (d) wrecked and/or dismantled. | 07/10/2017 |
| SBMC § 8.24.170(D)<br>Placement of Refuse Containers | ALL GARBAGE, RECYCLABLE DISCARDS, AND GREEN WASTE RECEPTACLES MUST BE OUT OF SIGHT FROM ANY PUBLIC RIGHT-OF-WAY.<br><br>Except on days established for collection, all garbage, rubbish, recyclable discards, and green waste receptacles shall be placed out of sight from any public right-of-way. - Move all trash receptacles out of public view. | 07/10/2017 |
| IPMC § 304.6<br><br>Exterior walls | REPAIR ALL AREAS WHERE DAMAGED.<br><br>All exterior walls shall be free from holes, breaks, and loose or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration. | 07/10/2017 |
| IPMC § 304.13 | REPLACE/REPAIR ALL BROKEN OR DAMAGED WINDOWS. | 07/10/2017 |

The City would like to avoid taking any further actions and requests your cooperation in this matter. By acting immediately to correct the violation(s) referenced, you will avoid further action by the City.

If you have any questions, please contact M. Varela at 909-388-4807. Please provide the case number **17-6697** and the property address. We appreciate your cooperation in this matter.

Sincerely,


M. Varela
**Community Policing Specialist**

*100*



SAN BERNARDINO POLICE DEPARTMENT
COMMUNITY POLICING SPECIALISTS

710 North "D" Street • San Bernardino • CA 92401
(909) 384-5742
Fax: (909) 388-4902
www.sbcity.org
Office Hours: Monday - Thursday 7:30am to 5:00pm

# ADMINISTRATIVE CIVIL PENALTY
# NOTICE AND ORDER

**Issue Date:**        September 7, 2017
**Time of Citation:** 14:49

BENNY GONZALEZ JUAREZ TR
PO BOX 734
SAN BERNARDINO, CA 92410

| | |
|---|---|
| **CPS-ACP No:** | CP-17-000158 |
| **RE:** | 933 N MOUNTAIN VIEW AVE |
| **APN:** | 0140-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 CDBG: Yes |
| **Officer:** | M. Varela |

---

**Responsible Party:**                     **Drivers License:**                          **Date of Birth:**
JUAREZ, HENRRY GONZALEZ

---

An inspection of the above property was conducted on August 31, 2017. This Administrative Civil Penalty was issued according to the following factors pursuant to SBMC 9.93.040:

X 1. Duration          X 3. Seriousness          X 5. History                    X 7. Economic Impact
X 2. Frequency      X 4. Misdemeanor         6. Good faith effort to comply      X 8. Impact on Community

**Date Penalties Begin to Accrue: 09/07/2017**

# Amount of Administrative Civil Penalty: $ 500.00 per day

**Continuous Violation: The Responsible Party shall cease and desist from further action that causes or allows the violation(s) and commence and complete all action(s) to correct the outstanding violations under the guidance of the Code Enforcement Division, or other appropriate City Department(s). Penalties will continue to accrue until all violations are corrected.**

During that inspection, the following violation(s) were observed:

| Code Section | Non-Compliance/Notice of Corrective Action Required |
|---|---|
| SBMC § 15.16.126<br><br>Address Number Required | MISSING ADDRESS NUMBERS/LETTERS NEED TO BE REPLACED (PLEASE READ BELOW).<br><br>Section 505.1 of the California Fire Code is amended to read as follows: Section 505.1 Address Identification. New and existing buildings shall have approved address numbers, building numbers, or approved building identification placed in a position that is plainly legible and visible from the street or road fronting the property. These numbers shall contrast with their background. Address numbers shall be Arabic numbers or alphabetical letters. Numbers shall be a minimum of 6" high if the building is 100 lineal feet or less on the street elevation. If greater than 100 lineal feet, numbers shall be a minimum of 12" high. The minimum stroke width shall be 0.5 inch. Where access is by |

101

E

| | |
|---|---|
| | means of a private road and the building cannot be viewed from the public way, a monument, pole, or other sign or means shall be used to identify the structure. In addition, all fire department PIV's, FDC's, OS& Y's, etc., shall have a permanent address sign identifying the building or fire system that it serves. |
| SBMC § 15.24.040A3 Weeds, Dry Brush and Overgrown Vegetation | TRIM TREES AWAY FROM BUILDING.<br><br>REMOVE AND MAINTAIN PROPERTY FREE OF WEEDS, DRY BRUSH AND OVERGROWN VEGETATION.<br><br>Property shall be free of overgrown or dead vegetation, including, but not limited to weeds, trees or limbs, bushes and other planted vegetation. Weeds include sage brush, dry grass, chaparral, and any other brush or vegetation which attains extensive growth and becomes a fire menace when dry. |
| SBMC § 15.24.040A4<br><br>Trash, Debris and Improper Storage | REMOVE AND MAINTAIN PROPERTY FREE OF TRASH, DEBRIS AND IMPROPER STORAGE.<br><br>Property shall be free of trash, litter, debris, packing boxes, lumber, junk, salvage materials (except where otherwise permitted by this code), broken or inoperative furniture, appliances, machinery, equipment, any furniture (except for furniture specifically designed for outdoor use) including, but not limited to furniture on porches, balconies, sun decks and in front yards, and any other improperly stored personal property causing an unsightly appearance. |
| SBMC § 15.24.040A5<br><br>Vehicle on  Unimproved Surface | REMOVE ALL VEHICLES FROM UNIMPROVED SURFACES.<br><br>All operable vehicles and recreational vehicles shall be parked or stored in designated, screened areas, a garage, carport or on an improved surface. None of the above shall be occupied. – "Recreational vehicle" means any vehicles towed or self-propelled on its own chassis or attached to the chassis of another vehicle and designed or used for recreational or sporting purposes or exclusively for hauling property. The term "recreational vehicle" includes, but is not limited to motor homes, fifth-wheels, campers, camp trailers, trailers, boats, watercraft, and all terrain vehicles - |
| SBMC § 15.24.040A6<br><br>Inoperable and Abandoned Vehicles | REMOVE AND MAINTAIN PROPERTY FREE OF UNREGISTERED, ABANDONED, AND INOPERABLE VEHICLES.<br><br>Property shall be free of inoperable or abandoned vehicles and parts of vehicles unless they are safely stored in a garage or other enclosed storage area. Licensed automobile dismantlers or vehicle dealers shall be exempt from this requirement. - "Inoperable or Abandoned Vehicle" means any vehicle, operative or inoperative that is: (a) mechanically incapable of being driven; or (b) prohibited from being operated on a public street or highway pursuant to the provisions of the California Vehicle Code concerning license plates, registration, equipment, safety and related matters; or (c) has been left by the owner or responsible person for over seventy-two hours and has indicia of being inoperable, including but not limited to, flat or deflated tires, cobwebs, and accumulated dirt, trash or debris in and on the vehicle; or (d) wrecked and/or dismantled. |
| SBMC § 8.24.170(D) Placement of Refuse Containers | ALL GARBAGE, RECYCLABLE DISCARDS, AND GREEN WASTE RECEPTACLES MUST BE OUT OF SIGHT FROM ANY PUBLIC RIGHT-OF-WAY.<br><br>Except on days established for collection, all garbage, rubbish, recyclable discards, and green waste receptacles shall be placed out of sight from any public right-of-way. - Move all trash receptacles out of public view. |
| IPMC § 304.6<br><br>Exterior walls | REPAIR ALL AREAS WHERE THERE IS STUCCO DAMAGE AND PAINT IS PEELING OR CHIPPING AWAY.<br><br>All exterior walls shall be free from holes, breaks, and loose or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration. |

| IPMC § 304.13<br><br>Window, skylight and door frames | REPLACE/REPAIR ALL CRACKED OR BROKEN WINDOWS. THERE ARE THREE BROKEN WINDOWS FROM UNIT 937A AND ONE WINDOW BROKEN FROM UNIT 933.<br><br>ALL WINDOWS MUST BE WEATHER TIGHT.<br><br>Every window, skylight, door and frame shall be kept in sound condition, good repair and weather tight.<br><br>304.13.1 Glazing. All glazing materials shall be maintained free from cracks and holes.<br><br>304.13.2 Openable windows. Every window, other than a fixed window, shall be easily openable and capable of being held in position by window hardware. |
|---|---|
| IPMC § 605.4 Electrical Equipment - Wiring | REMOVE EXTENSION CORD CONNECTED TO LIGHT BULB BEHIND 937 A.<br><br>Flexible cords shall not be used for permanent wiring, or for running through doors, windows, or cabinets or concealed within walls, floors, or ceilings. |
| SBMC § 15.24.040A14<br><br>Fencing | REMOVE ALL NON-FENCING MATERIAL.<br><br>REPAIR/REPLACE DAMAGED FENCING.<br><br>All fencing shall be constructed in compliance with the Development Code and other applicable laws with acceptable fencing materials such as wood, vinyl, masonry or wrought iron. – Chain link is not permitted in front set-backs, please contact Building & Safety at (909) 384-5071 for permitting information. |
| SBMC § 5.04.005<br><br>Business Registration Required | CURRENT BUSINESS REGISTRATION REQUIRED.<br><br>It is unlawful for any person… to commence or carry on any business, show, exhibition or game, … without first having<br>procured a registration certificate from the City and without complying with any and all regulations of such business, show, exhibition or game… shall constitute a separate violation of this Article for each and every day that such business, show, exhibition or game is so carried on. – Please contact the Building & Safety Department at (909) 384-5071 for information on specific requirements. For business registration information call Business Registration at (909) 384-5302. |
| IPMC § 605.1 Electrical Equipment - Installation | 937 B - REPAIR/REPLACE CEILING FAN HANGING BY THE WIRES.<br><br>All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner. |
| IPMC § 605.2 Electrical Equipment - Receptacles | REPLACE ALL MISSING OR BROKEN RECEPTACLE OUTLET/SWITCH FACEPLATE COVERS.<br><br>Every habitable space in a dwelling shall contain at least two separate and remote receptacle outlets. Every laundry area shall contain at least one grounding-type receptacle or a receptacle with a ground fault circuit interrupter. Every bathroom shall contain at least one receptacle. Any new bathroom receptacle order shall have ground fault circuit interrupter protection. All receptacle outlets shall have the appropriate faceplate cover for the location. |

EXPLANATION OF CONSEQUENCES

103

City of San Bernardino Municipal Code chapter 9.93 provides for the assessment of Administrative Civil Penalties for Municipal Code Violations. Administrative Civil Penalties for violations of a provision of the Municipal Code shall be assessed at a daily rate determined by the Enforcement Officer, or by the Administrative Law Officer pursuant to the criteria listed in section 9.93.040. The maximum rate shall not exceed $100,000 per parcel or structure for any related series of violations. **The Responsible Party has the burden of notifying the City Attorney's Office at (909) 384-5355 once all violations have been corrected in order to stop the daily accrual of penalties**.

Administrative Civil Penalties can be issued in addition to criminal citations, administrative citations, or any other civil action. Issuance of one type of enforcement action does not preclude the use of any other enforcement provided for under the San Bernardino Municipal Code.

**Right to a Hearing:**

An Administrative Hearing will be scheduled when the Responsible Party requests a hearing within 15-days from the date of the Notice and Order, or if the Responsible Party fails to comply with the terms of the Administrative Civil Penalties. Failure to comply includes failure to pay the assessed Administrative Civil Penalties within 15-days, failure to commence and complete corrections by the established deadlines or failure to refrain from continuing violations of the Municipal Code.

Requests for a Hearing must be made in writing to the City Clerk, 215 North D Street, 3rd Floor, San Bernardino, CA 92401. Please include a copy of the Notice and Order with your request.

**How to Pay Penalty:**

The amount of the penalty is indicated on the front of this Notice and Order. Payment may be made in person or by mail to:

<div align="center">

**City Attorney's Office**
**290 North D St, 3rd Floor**
**San Bernardino, CA 92401**
(909) 384-5355

</div>

Payment should be made by personal check, cashier's check, or money order, payable to the City of San Bernardino. Be sure to write the citation number **CP-17-000158** on the check or money order, and enclose a copy of the Notice and Order.

104

**POLICE DEPARTMENT**
Community Policing
P.O. Box 1559
San Bernardino, CA 92402-1559

*MU-ACP-CE 17-66697*



SAN BERNARDINO
CA 924

11 SEP '17
PM 4 L

US POSTAGE ≫ PITNEY BOWES

ZIP 92401  **$ 000.47⁰**
02 1W
0001403115 SEP 08 2017

*BENNY GONZALEZ JUAREZ TR*
*PO BOX 734*
*SAN BERNARDINO, CA 92410*

92402-073434

105